# United States Bankruptcy Court
### Eastern District of Virginia

In re __Henry L. Wilton_____,  Case No. __10-36398_____

Debtor

Chapter _____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 4,679,658.00 | | |
| B - Personal Property | Yes | 6 | 9,229,133.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 28,167,104.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 65,098,636.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 31,705.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 49,489.00 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 13,908,791.00 | | |
| Total Liabilities | | | | 93,265,740.00 | |

# United States Bankruptcy Court
### Eastern District of Virginia

In re     **Henry L. Wilton**

_____ ,
Debtor

Case No.      **10-36398**     _____

Chapter _____     **11**     _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re     **Henry L. Wilton**                          Case No.     **10-36398**
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **11803 Goodwick Avenue, Henrico County, VA** | **Tenants by the Entireties** | J | 226,000.00 | 148,371.00 |
| **2 Third Ave., Southern Shores, NC** | | J | 1,448,500.00 | 699,273.00 |
| **3170 Thistle Street, Park City, UT** | | J | 1,205,158.00 | 1,235,000.00 |
| **12671 River Road, Goochland County, VA- Residence** | | J | 1,800,000.00 | 1,063,102.00 |

| | | |
|---|---|---|
| Sub-Total > | **4,679,658.00** | (Total of this page) |
| Total > | **4,679,658.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re   **Henry L. Wilton**                                                 Case No.   **10-36398**

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | - | 100.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **M&T Bank Checking** | - | 2,531.00 |
| | | | **BB&T Checking** | - | 460.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Housewares, Kitchen Appliances, Assorted Rugs, Assorted Artwork, 5 Sofas, 5 Beds, 69 Chairs, 25 Tables, 11 Bar Stools, Arcade Game Machine, 10 TVs, 4 Desks, 2 Armoires, 16 Chests, 5 Night Stands, 3 Dressers, Baby Grand Piano, 4 Cupboards, 3 Sideboards, and Entertainment Center.** | J | 50,000.00 |
| | | | **Misc. Furniture in Storage** | - | 10,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Wine Collection** | - | 19,081.00 |
| 6. | Wearing apparel. | | **Clothing** | - | 5,000.00 |
| 7. | Furs and jewelry. | | **Wedding Ring** | - | 500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Beretta 686 Onxy Pro, Winchester Ranger, 410 Pardner Model SB1, Browning, and 2 Beretta Model 687 DU.** | - | 5,965.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Pacific Life** | - | 80,544.00 |
| | | | **Prudential Life** | - | 14,815.00 |

|  | Sub-Total > | 188,996.00 |
|---|---|---|
|  | (Total of this page) | |

  **5**   continuation sheets attached to the Schedule of Personal Property

In re   **Henry L. Wilton**                  ,     Case No.   **10-36398**

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Lincoln Term Life** | - | 0.00 |
| | | **Prudential Life** | - | 4,741.00 |
| | | **Prudential Term Life** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **636.02 Shares of The Wilton Companies, Inc.- Cert. 57;** | - | 381,612.00 |
| | | **25.74 Shares of The Wilton Companies, LLC- Cert. 96** | - | 15,450.00 |
| | | **48.12 Shares of The Wilton Companies, LLC- Cert. 113B** | - | 28,872.00 |
| | | **2297.31 Shares of The Wilton Companies, Inc.- Cert. 4; 250 Shares of The Wilton Companies, LLC- Cert. 113A; 400 Shares of The Wilton Companies, LLC- Cert. 56; 2521 Shares of The Wilton Companies, LLC-Cert. 54A; Pledged to Hampton Roads Bankshares** | - | 3,280,986.00 |
| | | **918.92 Shares of The Wilton Companies, LLC- Cert. 23; 459.46 Shares of the Wilton Companies, Inc.- Cert.18; 1671.62 Shares of The Wilton Companies, Inc.- Cert. 26C; Pledged to First Capital Bank** | - | 1,830,000.00 |
| | | **2666.67 Shares of The Wilton Companies, Inc.- Cert. 26A; Pledged to River City Bank** | - | 1,600,002.00 |
| | | **942.89 Shares of The Wilton Companies, Inc.- Cert. 26D; Pledged to E.C. Wilton** | - | 565,734.00 |
| | | **523 Shares of The Wilton Companies, LLC- Cert. 54B; Pledged to E.C. Wilton** | - | 313,800.00 |

Sub-Total >      **8,021,197.00**
(Total of this page)

Sheet  **1**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re   **Henry L. Wilton**                                  ,      Case No.   **10-36398**

                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 100% Interest in Wilton Development Corporation | - | 1.00 |
| | | 100% Interest in Wilton Investment Corporation | - | 1.00 |
| | | 100% Interest in Virginia Development & Realty Services | - | 1.00 |
| | | 90% Interest in Shenandoah Golf Club, LLC | - | 50,000.00 |
| | | 100% Interest in Wilton Real Estate Corporation | - | 1.00 |
| | | 50% Interest in Ashland Properties, LLC | - | 1.00 |
| | | 63.75% Interest in James River Commons, LLC | - | 1.00 |
| | | 50% Interest in Wilval, LLC | - | 1.00 |
| | | 50% Interest in Third Avenue Developers, LLC | - | 1.00 |
| | | 57.5% Interest in Yampa River Village, LLC | - | 1.00 |
| | | 50% Interest in Wilhook, LLC | - | 100,000.00 |
| | | 80% Interest in Saguro Forest, LLC | - | 1.00 |
| | | 5% Interest in Audrey, Inc. | - | 1.00 |
| | | 1% Interest in Judson & Layne Wilton, LLC | - | 2,000.00 |
| | | 2.4% Interest in Wilton Family Investments, LLC | - | 2,000.00 |
| | | 100% Interest in Wilton Family Investments II, LLC | - | 1.00 |
| | | 100% Interest in Wilton Family Investments III, LLC | - | 1.00 |
| | | 100% Interest in Virginia Development and Realty Services, LLC | - | 5,000.00 |
| | | 125 Shares of The Wilton Company, LLC- Cert. 59; Pledged to Wachovia Bank-Hussey | - | 75,000.00 |
| | | 166.666 Shares of The Wilton Company, LLC- Cert. 125 | - | 100,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

|  | Sub-Total > | 334,013.00 |
|---|---|---|
| | (Total of this page) | |

Sheet  **2**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

In re     **Henry L. Wilton**                                               Case No.  **10-36398**
                                          ,
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Note Receivable from Wilton Family Investments** | - | 585,019.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Tax Refund** | - | 1.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1967 Ford Roadster** | - | 27,500.00 |

|  | Sub-Total > | 612,520.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re __Henry L. Wilton__ , Case No. __10-36398__
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Chainsaw, Saws, Tools, Tractor, Grass Cutter | - | 3,000.00 |
| 30. Inventory. | | Pull Cart | - | 50.00 |
| 31. Animals. | | 20-25 Chickens | - | 20.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | Bush Hog | - | 1,000.00 |
| 34. Farm supplies, chemicals, and feed. | | Feed for Chicken and Cats and Chemicals for Yard | - | 20.00 |
| 35. Other personal property of any kind not already listed. Itemize. | | After acquired property pursuant to Section 541 of the Bankruptcy Code. | - | 1.00 |
| | | Garnishment from Alpine Bank- Wachovia Checking | - | 28,196.00 |
| | | Garnishment from Alpine Bank- Central Virginia Bank Checking | - | 31.00 |
| | | Garnishment from Alpine Bank- Central Virginia Bank Savings | - | 80.00 |
| | | Membership- The Country Club of Virginia (exact value unknown) | - | 1.00 |
| | | Membership- The Commonwealth Club (exact value unknown) | - | 1.00 |
| | | Membership- Desert Mountain Master Association (exact value unknown) | - | 1.00 |
| | | Membership- Desert Mountain Club (exact value unknown) | - | 1.00 |
| | | Membership- Duck Woods Country Club (exact value unknown) | - | 1.00 |

Sub-Total > 32,403.00
(Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re   __Henry L. Wilton_____,     Case No.   __10-36398_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Membership- Hermitage Country Club (exact value unknown)** | - | 1.00 |
| | | **Membership- Promontory Ranch Club (exact value unknown)** | - | 1.00 |
| | | **Membership- Sidney Peak Ranch Owner's Association (exact value unknown)** | - | 1.00 |
| | | **Membership- The Foundry Golf Club (exact value unknown)** | - | 1.00 |
| | | **Membership- Glenwild** | - | 40,000.00 |

|  | Sub-Total >  (Total of this page) | 40,004.00 |
|---|---|---|
|  | Total > | 9,229,133.00 |

Sheet  __5__  of  __5__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    **Henry L. Wilton**                             ,     Case No.    **10-36398**

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                 $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                     *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on Hand** | Va. Code Ann. § 34-4 | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **M&T Bank Checking** | Va. Code Ann. § 34-4 | 2,072.00 | 2,531.00 |
| **Household Goods and Furnishings** | | | |
| **Housewares, Kitchen Appliances, Assorted Rugs, Assorted Artwork, 5 Sofas, 5 Beds, 69 Chairs, 25 Tables, 11 Bar Stools, Arcade Game Machine, 10 TVs, 4 Desks, 2 Armoires, 16 Chests, 5 Night Stands, 3 Dressers, Baby Grand Piano, 4 Cupboards, 3 Sideboards, and Entertainment Center.** | Va. Code Ann. § 34-26(4a) | 5,000.00 | 50,000.00 |
| **Misc. Furniture in Storage** | Va. Code Ann. § 34-26(4a) | 0.00 | 10,000.00 |
| **Wearing Apparel** | | | |
| **Clothing** | Va. Code Ann. § 34-26(4) | 1,000.00 | 5,000.00 |
| **Furs and Jewelry** | | | |
| **Wedding Ring** | Va. Code Ann. § 34-26(1a) | 500.00 | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Beretta 686 Onxy Pro, Winchester Ranger, 410 Pardner Model SB1, Browning, and 2 Beretta Model 687 DU.** | Va. Code Ann. § 34-4 | 2,828.00 | 5,965.00 |
| **Animals** | | | |
| **20-25 Chickens** | Va. Code Ann. § 34-26(5) | 20.00 | 20.00 |
| | Total: | 11,520.00 | 74,116.00 |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

In re __Henry L. Wilton__ ,     Case No. ___10-36398___

                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. <br><br> E. C. Wilton <br> 11201 Patterson Avenue <br> Henrico, VA 23238 | | | - | 942.89 Shares of The Wilton Companies, Inc.- Cert. 26D; Pledged to E.C. Wilton <br><br> Value $    565,734.00 | | | | 1,750,000.00 | 1,184,266.00 |
| Account No. <br><br> E. C. Wilton <br> 11201 Patterson Avenue <br> Henrico, VA 23238 | | | - | 523 Shares of The Wilton Companies, LLC- Cert. 54B; Pledged to E.C. Wilton <br><br> Value $    313,800.00 | | | | 1,750,000.00 | 1,436,200.00 |
| Account No. <br><br> E. Carlton & Betty L. Wilton <br> 11201 Patterson Avenue <br> Henrico, VA 23238 | X | | J | 11/10/05 <br><br> Deed of Trust <br><br> 12671 River Road, Goochland County, VA- Residence <br> Value $    1,800,000.00 | | | | 1,063,102.00 | 0.00 |
| Account No. <br><br> First Capital Bank <br> 4222 Cox Road, Ste. 200 <br> Glen Allen, VA 23060 | | | | 918.92 Shares of The Wilton Companies, LLC- Cert. 23; 459.46 Shares of the Wilton Companies, Inc.- Cert.18; 1671.62 Shares of The Wilton Companies, Inc.- Cert. 26C; Pledged to First Capital Bank <br><br> Value $    1,830,000.00 | | | | 3,335,770.00 | 1,505,770.00 |

__2__   continuation sheets attached

Subtotal <br> (Total of this page)      7,898,872.00      4,126,236.00

In re **Henry L. Wilton**                          Case No. **10-36398**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | 1671.62 Shares of The Wilton Companies, Inc.- Cert. 26C; Pledged to First Capital Bank | | | | | |
| First Capital Bank 4222 Cox Road, Ste. 200 Glen Allen, VA 23060 | | - | | | | | | | | |
| | | | | | Value $     2,758,173.00 | | | | 3,335,770.00 | 577,597.00 |
| Account No. | | | | | 2297.31 Shares of The Wilton Companies, Inc.- Cert. 4; 250 Shares of The Wilton Companies, LLC- Cert. 113A; 400 Shares of The Wilton Companies, LLC- Cert. 56; 2521 Shares of The Wilton Companies, LLC-Cert. 54A; Pledged to Hampton Roads Bank | | | | | |
| Hampton Roads Bankshares 12090 W. Broad Street Henrico, VA 23233 | | - | | | | | | | | |
| | | | | | Value $     3,280,986.00 | | | | 5,860,457.00 | 2,579,471.00 |
| Account No. | | | | | 2666.67 Shares of The Wilton Companies, Inc.- Cert. 26A; Pledged to River City Bank | | | | | |
| River City Bank Post Office Box 15247 Sacramento, CA 95851 | | - | | | | | | | | |
| | | | | | Value $     1,600,002.00 | | | | 2,000,000.00 | 399,998.00 |
| Account No. | | | | | 125 Shares of The Wilton Company, LLC- Cert. 59; Pledged to Wachovia Bank-Hussey | | | | | |
| Wachovia PO Box 15019 Wilmington, DE 19886 | | - | | | | | | | | |
| | | | | | Value $     75,000.00 | | | | 6,989,361.00 | 6,914,361.00 |
| Account No. 6932011 | X | | | J | 10/2/03<br><br>Deed of Trust<br><br>11803 Goodwick Avenue, Henrico County, VA | | | | | |
| Wells Fargo Home Mortgage PO Box 14411 Des Moines, IA 50306 | | | | | | | | | | |
| | | | | | Value $     226,000.00 | | | | 148,371.00 | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                       Subtotal                18,333,959.00      10,471,427.00
              (Total of this page)

In re __Henry L. Wilton__ , Case No. ___10-36398___

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. 4122884 | | | | | 10/10/02 | | | | | |
| Wells Fargo Home Mortgage PO Box 14411 Des Moines, IA 50306 | X | | J | | 2 Third Ave., Southern Shores, NC | | | | | |
| | | | | | Value $ 1,448,500.00 | | | | 699,273.00 | 0.00 |
| Account No. 8986462 | | | | | 12/09/07 | | | | | |
| Wells Fargo Home Mortgage PO Box 14411 Des Moines, IA 50306 | X | | J | | 3170 Thistle Street, Park City, UT | | | | | |
| | | | | | Value $ 1,205,158.00 | | | | 1,235,000.00 | 29,842.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | | |
|---|---|---|---|
| Subtotal (Total of this page) | 1,934,273.00 | 29,842.00 |
| Total (Report on Summary of Schedules) | 28,167,104.00 | 14,627,505.00 |

In re    **Henry L. Wilton**                            ,    Case No.    **10-36398**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__0__ continuation sheets attached

| Account No. | | | 2007<br>Trade Debt- Wilton Development Corporation | N<br>T | A<br>T<br>E<br>D | | |
|---|---|---|---|---|---|---|---|
| **Alpine Bank**<br>**P.O. Box 6086**<br>**Rockford, IL 61125** | X | J | | | | | **300,000.00** |
| Account No. **3950973701** | | | 6/15/2007<br>Trade Debt- Wilton Development Corporation | | | | |
| **Alpine Bank**<br>**P.O. Box 6086**<br>**Rockford, IL 61125** | X | J | | | | | **431,500.00** |
| Account No. **3950828501** | | | 7/28/06<br>Trade Debt- Wilton Development Corporation | | | | |
| **Alpine Bank**<br>**P.O. Box 6086**<br>**Rockford, IL 61125** | X | J | | | | | **406,436.00** |
| Account No. **3950906101** | | | 2/13/07<br>Trade Debt- Wilton Development Corporation | | | | |
| **Alpine Bank**<br>**P.O. Box 6086**<br>**Rockford, IL 61125** | X | J | | | | | **460,000.00** |

___15___ continuation sheets attached

Subtotal
(Total of this page)

**1,597,936.00**

In re  **Henry L. Wilton**                                             Case No.  **10-36398**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 3950758001 | | | | | 3/20/06 Trade Debt- Wilton Development Corporation | | | | |
| Alpine Bank P.O. Box 6086 Rockford, IL 61125 | X | | J | | | | | | 420,000.00 |
| Account No. 3960193301 | | | | | 4/1/08 Trade Debt- Wilton Development Corporation | | | | |
| Alpine Bank P.O. Box 6086 Rockford, IL 61125 | X | | J | | | | | | 39,556.00 |
| Account No. various accounts | | | | | over several years credit card purchases | | | | |
| American Express PO Box 1270 Wilmington, DE 19886 | - | | | | | | | | 27,847.00 |
| Account No. | | | | | 4/29/08 Trade Debt- Ashland Properties, LLC | | | | |
| Ashcourt, LLC Judson T. Vaughn, III PO Box 1716 Ashland, VA 23005 | X | | J | | | | | | 1,000,000.00 |
| Account No. 4313-0819-5557-2403 | | | | | over several years credit card purchases | | | | |
| Bank of America P.O. Box 15019 Wilmington, DE 19886-5019 | - | | | | | | | | 24,945.00 |

Sheet no. __1__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,512,348.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Henry L. Wilton**                                    Case No. ___**10-36398**___
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **4800-1130-4686-2756**  <br><br>**Bank of America**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** | - | | | | | **over several years**<br>**Credit Card Purchases** | | | | 7,811.00 |
| Account No. **5329031107992051**  <br><br>**Bank of America**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** | - | | | | | **over several years**<br>**Credit Card Purchases** | | | | 19,158.00 |
| Account No. **00-0097574-8**  <br><br>**Bank of America**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** | X | | J | | | **11/8/06**<br>**Trade Debt- Wilton Development Corporation** | | | | 1,536,000.00 |
| Account No.  <br><br>**Bank of Essex**<br>**PO Box 674824**<br>**Marietta, GA 30006** | X | | J | | | **5/13/08**<br>**Trade Debt- Ashland Properties, LLC** | | | | 1,129,722.00 |
| Account No. **53124**  <br><br>**Bank of Essex**<br>**PO Box 674824**<br>**Marietta, GA 30006** | X | | J | | | **2/3/06**<br>**Trade Debt- Wilton Development Corporation** | | | | 459,360.00 |

Sheet no. __**2**__ of __**15**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **3,152,051.00**

In re    Henry L. Wilton                    Case No.    10-36398
_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 163325918 <br><br> Bank of the West <br> P.O. Box 4002 <br> Concord, CA 94524-4002 | | - | 12/30/02 <br> Foreclosed Property- Lot 24 West Hills | | | | 274,234.00 |
| Account No. 4108-9390-0000-5118 <br><br> BB&T <br> Bankruptcy Department <br> P.O. Box 580048 <br> Charlotte, NC 28258-0048 | | - | over several years <br> credit card purchases | | | | 11,547.00 |
| Account No. <br><br> Builder's Financial Group, LLC <br> 4191 Innslake Dr., Ste. 212 <br> Glen Allen, VA 23060 | X | J | 6/13/06 <br> Trade Debt- Wilton Development Corporation | | | | 170,000.00 |
| Account No. <br><br> C&F <br> 802 Main St. <br> P.O. Box 391 <br> West Point, VA 23181 | X | J | 3/21/06 <br> Trade Debt- Wilton Family Investments III, LLC | | | | 315,799.00 |
| Account No. 5149-2296-3003-5703 <br><br> Cardmember Services <br> PO Box 15153 <br> Wilmington, DE 19886 | | - | over several years <br> Credit Card Purchases | | | | 22,927.00 |

Sheet no. __3__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            794,507.00

In re   **Henry L. Wilton**                                                    Case No.   **10-36398**
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Central Virginia Bank**<br>**PO Box 39**<br>**Powhatan, VA 23139** | X | J | 10/20/04<br>**Trade Debt- Wilton Investment Corporation** | | | | 419,291.00 |
| Account No.<br><br>**Central Virginia Bank**<br>**PO Box 39**<br>**Powhatan, VA 23139** | X | J | 10/20/2004<br>**Trade Debt- Wilton Investment Corporation** | | | | 475,000.00 |
| Account No. **5149-2296-3003-5703**<br><br>**Chase**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | - | over several years<br>credit card purchases | | | | 22,879.00 |
| Account No. **various accounts**<br><br>**County of Henrico**<br>**PO Box 90775**<br>**Henrico, VA 23273** | X | - | 2006<br>**Trade Debt- Wilton Development Corporation** | | | | 150,519.00 |
| Account No.<br><br>**Desert Mountain Master Assoc.**<br>**c/o CCMC- Western Region**<br>**PO Box 105260**<br>**Atlanta, GA 30348** | | - | 2010<br>Dues | | | | 5,645.00 |

| | |
|---|---|
| Sheet no. __4__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) |
| | 1,073,334.00 |

In re **Henry L. Wilton**                                                      Case No.     **10-36398**
_____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3/31/2009 | | | **Personal Loan** | | | | |
| **E.C. Wilton** **11201 Patterson Avenue** **Henrico, VA 23238** | X | J | | | | | 1,403,377.00 |
| Account No. 1500668015292296 | | | **over several years** **credit card purchases** | | | | |
| **FIA Card Services** **PO Box 15019** **Wilmington, DE 19886** | - | | | | | | 7,076.00 |
| Account No. | | | **4/15/08** **Credit Line** | | | | |
| **First Capital Bank** **4222 Cox Road, Ste. 200** **Glen Allen, VA 23060** | - | | | | | | 3,335,770.00 |
| Account No. 980100317 | | | **5/5/2003** **Trade Debt- Wilton Development Corporation** | | | | |
| **First Capital Bank** **4222 Cox Road, Ste. 200** **Glen Allen, VA 23060** | X | J | | | | | 394,083.00 |
| Account No. 5100385043-12 | | | **6/12/05** **Personal Loan** | | | | |
| **First Market Bank** **111 Virginia Street** **Suite 200** **Richmond, VA 23219** | - | | | | | | 8,439.00 |

Sheet no. __5__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,148,745.00

In re     **Henry L. Wilton**                                                                                    Case No.     **10-36398**
                                                                          ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **54149**<br><br>**Franklin Federal Savings Bank**<br>**4501 Cox Road**<br>**Glen Allen, VA 23060** | X | J | **12/29/05**<br>**Trade Debt- Wilton Development Corporation** | | | | **2,740,533.00** |
| Account No. **7110392324**<br><br>**Gateway Bank**<br>**Hampton Roads Banshares**<br>**112 Corporate Drive**<br>**Elizabeth City, NC 27909** | X | J | **5/20/08**<br>**Credit Line** | | | | **5,860,457.00** |
| Account No.<br><br>**Glenwild**<br>**7600 Glenwild Drive**<br>**Park City, UT 84098** | | - | **Dues** | | | | **14,409.00** |
| Account No.<br><br>**Goodman & Company**<br>**4510 Cox Road**<br>**Suite 200**<br>**Glen Allen, VA 23060** | | - | **2010**<br>**Accounting Services** | | | | **6,468.00** |
| Account No.<br><br>**Grounds Maintenance Services**<br>**PO Box 3886**<br>**Park City, UT 84060** | | - | **8/4/10**<br>**Home Repair** | | | | **265.00** |

Sheet no. __6__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **8,622,132.00**

In re  **Henry L. Wilton**                                                                      Case No.  **10-36398**
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 80012787<br><br>Hampton Roads Bankshares<br>12090 W. Broad Street<br>Henrico, VA 23233 | X | J | 5/7/07<br>**Trade Debt- Wilton Development Corporation and Wilton Real Estate** | | | | 1,928,958.00 |
| Account No.<br><br>Hanover Insurance Co. c/o<br>Guardian Group, Inc.<br>260 Gateway Drive, Ste. 6-8C<br>Bel Air, MD 21014 | X | - | 2006<br>**Trade Debt- Wilton Development Corporation** | | | | 150,519.00 |
| Account No.<br><br>Hirschler Fleisher<br>PO Box 500<br>Richmond, VA 23218 | | - | 2009<br>**Legal Fees** | | | | 4,846.00 |
| Account No.<br><br>Holloway, Brabec & Assoc PC<br>PO Box 770908<br>Steamboat Springs, CO 80477-0908 | | - | 2/8/2010<br>**Legal Fees** | | | | 3,302.00 |
| Account No.<br><br>James River Advisory Council<br>PO Box 40<br>Chesterfield, VA 23832 | | - | 6/22/10<br>**Charitable Contribution Due** | | | | 100.00 |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **2,087,725.00**

In re **Henry L. Wilton**
_____,
Debtor

Case No. **10-36398**
_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Johnson & Johnson Preferred Financing, Inc. <br> PO Box 20370 <br> Charleston, SC 29413 | - | | **2009** <br> **Insurance on Sold Property (12th Ave.)** | | | | 357.00 |
| Account No. <br><br> L.A. & Karen Dougherty <br> 100 Hale Hookipa Way <br> HI 96758 | X | J | **10/1/08** <br> **Trade Debt- Yampa River Village, LLC** | | | | 4,000,000.00 |
| Account No. <br><br> National Bank of Arizona <br> 7202 E. Carefree Drive <br> Carefree, AZ 85377 | X | J | **12/19/03** <br> **Trade Debt- Wilhook, LLC** | | | | 337,500.00 |
| Account No. <br><br> National Bank of Arizona <br> 7202 E. Carefree Drive <br> Carefree, AZ 85377 | X | J | **9/27/05** <br> **Trade Debt- 93 Saguaro Forest, LLC** | | | | 632,811.00 |
| Account No. 200110 <br><br> Paragon Bank <br> 3535 Glenwood Avenue <br> Raleigh, NC 27612 | X | J | **6/19/06** <br> **Trade Debt- Wilton Development Corporation** | | | | 49,950.00 |

Sheet no. __8__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,020,618.00

In re   **Henry L. Wilton**                                    Case No. ___**10-36398**___
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 200107<br><br>Paragon Bank<br>3535 Glenwood Avenue<br>Raleigh, NC 27612 | X | J | | | 6/19/06<br>Trade Debt- Wilton Development Corporation | | | | 599,756.00 |
| Account No. 200158<br><br>Paragon Bank<br>3535 Glenwood Avenue<br>Raleigh, NC 27612 | X | J | | | 3/14/08<br>Trade Debt- Wilton Development Corporation | | | | 212,302.00 |
| Account No.<br><br>PGH<br>2717 Willard Rd.<br>Henrico, VA 23294 | X | J | | | Trade Debt- Wilton Development of Steamboat, LLC | | | X | 750,000.00 |
| Account No.<br><br>Promontory Ranch Club<br>8758 N. Promontory Ranch Rd.<br>Park City, UT 84098 | - | | | | 2010<br>Dues | | | | 3,600.00 |
| Account No.<br><br>Redstone Home Inspections<br>6266 Park Ridge Drive<br>Park City, UT 84098 | - | | | | 7/27/10<br>Home Inspection- Thistle Property | | | | 660.00 |

Sheet no. __9__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,566,318.00

In re  **Henry L. Wilton**
_____,
                              Debtor

Case No. ___**10-36398**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Regions Bank<br>PO Box 11407<br>Birmingham, AL 35246 | X | J | 5/24/06<br>Trade Debt- Wilval, LLC | | | | 5,248,171.00 |
| Account No.<br><br>Sidney Peak Ranch Owner's Assn<br>3001 S. Lincoln Ave, Ste. E<br>Steamboat Springs, CO 80487 | | - | Dues | | | | 31,987.00 |
| Account No.<br><br>Solamere Homeowners Assoc.<br>PO Box 4017<br>Park City, UT 84060 | | - | 3/1/10<br>Homeowner's Association Dues for Thistle Property | | | | 1,032.00 |
| Account No.<br><br>Sorenson Law Firm, LLC<br>950 W Elliot Rd, Ste. 226<br>Tempe, AZ 85284 | | - | 8/24/2010<br>Legal fees | | | | 2,962.00 |
| Account No.<br><br>The Commonwealth Club<br>401 W. Franklin Street<br>Richmond, VA 23220 | | - | 6/4/10<br>Club Dues | | | | 1,211.00 |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,285,363.00

In re    **Henry L. Wilton**                                          Case No.    **10-36398**
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**The Country Club of Virginia**<br>**6031 St. Andrews Lane**<br>**Richmond, VA 23226** | - | | 2010<br>**Dues** | | | | 910.00 |
| Account No.<br><br>**The Desert Mountain Club**<br>**10550 E. Desert Hills Drive**<br>**Scottsdale, AZ 85262** | - | | 1/1/2010<br>**Deferred Equity Golf** | | | | 17,331.00 |
| Account No.<br><br>**The Foundry Golf Club**<br>**3225 Lee's Landing Rd.**<br>**Powhatan, VA 23139** | - | | **Dues** | | | | 1,661.00 |
| Account No.<br><br>**Thomas O. Bondurant, Jr., PC**<br>**3600 Douglasdale Road**<br>**Richmond, VA 23221** | - | | 5/26/10<br>**Legal Fees** | | | | 500.00 |
| Account No.<br><br>**Union First Market Bank**<br>**9665 Sliding Hill Road**<br>**Ashland, VA 23005** | X | J | 8/20/08<br>**Trade Debt- Wilhook, LLC** | | | | 1,074,431.00 |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,094,833.00

In re __Henry L. Wilton__                           Case No. __10-36398__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Union First Market Bank <br> 9665 Sliding Hill Road <br> Ashland, VA 23005 | X | J | 8/1/04 <br> Trade Debt- Shenandoah Golf Club, LLC | | | | 918,082.00 |
| Account No. <br><br> Union First Market Bank <br> 9665 Sliding Hill Road <br> Ashland, VA 23005 | X | J | 9/22/09 <br> Trade Debt- Wilton Family Investments, LLC | | | | 3,239,296.00 |
| Account No. <br><br> Union First Market Bank <br> 9665 Sliding Hill Road <br> Ashland, VA 23005 | X | J | 6/8/05 <br> Trade Debt- Wilhook, LLC | | | | 849,254.00 |
| Account No. <br><br> Village Bank <br> 15521 Midlothian Turnpike <br> Suite 200 <br> Midlothian, VA 23113 | - | | 1/30/07 <br> Repossessed 2005 Mercedes | | | | Unknown |
| Account No. 70006176 <br><br> Village Bank <br> 15521 Midlothian Turnpike <br> Suite 200 <br> Midlothian, VA 23113 | X | J | 11/28/2006 <br> Trade Debt- Wilton Development Corporation | | | | 2,000,000.00 |

Sheet no. __12__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       7,006,632.00
(Total of this page)

In re    **Henry L. Wilton**                                        Case No. ____**10-36398**____
                                                                                   
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4460**<br><br>**Village Bank**<br>**15521 Midlothian Turnpike**<br>**Suite 200**<br>**Midlothian, VA 23113** | X | J | 8/30/2006<br>**Tarde Debt- Wilton Development Corporation** | | | | 1,016,477.00 |
| Account No. **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-5**<br><br>**Wachovia Bank Card Services**<br>**P.O. Box 740502**<br>**Atlanta, GA 30374** | - | | 11/2/07<br>**Credit Line** | | | | 1,180,726.00 |
| Account No.<br><br>**Wachovia Bank N.A.**<br>**PA1327**<br>**123 South Broad St.**<br>**Philadelphia, PA 19109** | X | J | 3/26/08<br>**Trade Debt- Ashland Properties, LLC** | | | | 6,173,157.00 |
| Account No.<br><br>**Wachovia Bank N.A.**<br>**PA1327**<br>**123 South Broad St.**<br>**Philadelphia, PA 19109** | X | J | 2/14/07<br>**Trade Debt- Wilton Development of Steamboat, LLC** | | | | 7,000,000.00 |
| Account No.<br><br>**Wachovia Bank N.A.**<br>**PA1327**<br>**123 South Broad St.**<br>**Philadelphia, PA 19109** | X | J | 3/23/07<br>**Trade Debt- Shenandoah Golf Club, LLC** | | | | 144,874.00 |

Sheet no. __**13**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,515,234.00

In re   **Henry L. Wilton**                               ,       Case No.   __**10-36398**__

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Wachovia Bank N.A. <br> PA1327 <br> 123 South Broad St. <br> Philadelphia, PA 19109 | X | J | 6/14/02 <br> Trade Debt- Wilton Family Investments, LLC | | | | 1,211,250.00 |
| Account No. <br><br> Wachovia Bank N.A. <br> PA1327 <br> 123 South Broad St. <br> Philadelphia, PA 19109 | X | J | 4/1/05 <br> Trade Debt- Judson & Layne Wilton, LLC | | | | 662,109.00 |
| Account No. 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-6 <br><br> Wachovia Bank N.A. <br> PA1327 <br> 123 South Broad St. <br> Philadelphia, PA 19109 | X | J | 7/27/05 <br> Trade Debt- Wilton Development Corporation | | | | 1,265,000.00 |
| Account No. 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-4 <br><br> Wachovia Bank N.A. <br> PA1327 <br> 123 South Broad St. <br> Philadelphia, PA 19109 | X | J | 10/6/05 <br> Trade Debt- Wilton Development Corporation | | | | 549,653.00 |
| Account No. 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-6 <br><br> Wachovia Bank N.A. <br> PA1327 <br> 123 South Broad St. <br> Philadelphia, PA 19109 | X | J | 11/4/05 <br> Trade Debt- Wilton Development Corporation | | | | 600,000.00 |

Sheet no. __14__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     4,288,012.00

In re __Henry L. Wilton__ Case No. __10-36398__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 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-8 | | | 7/27/05 | | | | |
| Wachovia Bank N.A. PA1327 123 South Broad St. Philadelphia, PA 19109 | X | J | Trade Debt- Wilton Development Corporation | | | | 14,949.00 |
| Account No. 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-5 | | | 11/18/05 | | | | |
| Wachovia Bank N.A. PA1327 123 South Broad St. Philadelphia, PA 19109 | X | J | Trade Debt- Wilton Development Corporation | | | | 805,138.00 |
| Account No. | | | 7/27/05 | | | | |
| Wachovia Bank N.A. PA1327 123 South Broad St. Philadelphia, PA 19109 | X | J | Trade Debt- Wilton Development Corporation | | | | 44,261.00 |
| Account No. | | | 10/24/05 | | | | |
| Walter L. Hooker 4915 Radford Ave., Ste. 206 Richmond, VA 23230 | X | J | Trade Debt- Wilton Development Corporation | | | | 248,500.00 |
| Account No. | | | 5/24/06 | | | | |
| Wilton Investment Co., LLC Attn: Barry Wilton 6802 Paragon Pl., Ste. 300 Richmond, VA 23230 | X | J | Trade Debt- Wilton Development Corporation | | | | 220,000.00 |

Sheet no. __15__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 1,332,848.00 |
| Total (Report on Summary of Schedules) | 65,098,636.00 |

In re    **Henry L. Wilton**                                 ,      Case No.    **10-36398**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**

<u>      </u> continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Henry L. Wilton**                          Case No.    **10-36398**

_____,
                     Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **93 Saguaro Forest, LLC**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **National Bank of Arizona**<br>**7202 E. Carefree Drive**<br>**Carefree, AZ 85377** |
| **Ashland Properties, LLC**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Wachovia Bank N.A.**<br>**PA1327**<br>**123 South Broad St.**<br>**Philadelphia, PA 19109** |
| **Ashland Properties, LLC**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Bank of Essex**<br>**PO Box 674824**<br>**Marietta, GA 30006** |
| **Ashland Properties, LLC**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Ashcourt, LLC**<br>**Judson T. Vaughn, III**<br>**PO Box 1716**<br>**Ashland, VA 23005** |
| **Cindy Wilton**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **E.C. Wilton**<br>**11201 Patterson Avenue**<br>**Henrico, VA 23238** |
| **Cindy Wilton**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Wells Fargo Home Mortgage**<br>**PO Box 14411**<br>**Des Moines, IA 50306** |
| **Cindy Wilton**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Wells Fargo Home Mortgage**<br>**PO Box 14411**<br>**Des Moines, IA 50306** |
| **Cindy Wilton**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Wells Fargo Home Mortgage**<br>**PO Box 14411**<br>**Des Moines, IA 50306** |
| **Cindy Wilton**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **E. Carlton & Betty L. Wilton**<br>**11201 Patterson Avenue**<br>**Henrico, VA 23238** |
| **Cindy Wilton**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Gateway Bank**<br>**Hampton Roads Banshares**<br>**112 Corporate Drive**<br>**Elizabeth City, NC 27909** |
| **Judson & Layne Wilton, LLC**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Wachovia Bank N.A.**<br>**PA1327**<br>**123 South Broad St.**<br>**Philadelphia, PA 19109** |

**4**

____ continuation sheets attached to Schedule of Codebtors

In re    **Henry L. Wilton**                                                                    , Case No.    **10-36398**
                                                    _____
                                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Shenanoah Golf Club, LLC**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Union First Market Bank**<br>**9665 Sliding Hill Road**<br>**Ashland, VA 23005** |
| **Shenanoah Golf Club, LLC**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Wachovia Bank N.A.**<br>**PA1327**<br>**123 South Broad St.**<br>**Philadelphia, PA 19109** |
| **Wilhook, LLC**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Union First Market Bank**<br>**9665 Sliding Hill Road**<br>**Ashland, VA 23005** |
| **Wilhook, LLC**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Union First Market Bank**<br>**9665 Sliding Hill Road**<br>**Ashland, VA 23005** |
| **Wilhook, LLC**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **National Bank of Arizona**<br>**7202 E. Carefree Drive**<br>**Carefree, AZ 85377** |
| **Wilton Dev. of Steamboat, LLC**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Wachovia Bank N.A.**<br>**PA1327**<br>**123 South Broad St.**<br>**Philadelphia, PA 19109** |
| **Wilton Dev. of Steamboat, LLC**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **PGH**<br>**2717 Willard Rd.**<br>**Henrico, VA 23294** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Franklin Federal Savings Bank**<br>**4501 Cox Road**<br>**Glen Allen, VA 23060** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Wachovia Bank N.A.**<br>**PA1327**<br>**123 South Broad St.**<br>**Philadelphia, PA 19109** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Bank of Essex**<br>**PO Box 674824**<br>**Marietta, GA 30006** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Hampton Roads Bankshares**<br>**12090 W. Broad Street**<br>**Henrico, VA 23233** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Paragon Bank**<br>**3535 Glenwood Avenue**<br>**Raleigh, NC 27612** |

Sheet   **1**   of   **4**   continuation sheets attached to the Schedule of Codebtors

In re    **Henry L. Wilton**                                          ,          Case No.    **10-36398**
                                                                Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Paragon Bank**<br>**3535 Glenwood Avenue**<br>**Raleigh, NC 27612** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **First Capital Bank**<br>**4222 Cox Road, Ste.**<br>**Glen Allen, VA 23060** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Paragon Bank**<br>**3535 Glenwood Avenue**<br>**Raleigh, NC 27612** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Village Bank**<br>**15521 Midlothian Turnpike**<br>**Suite 200**<br>**Midlothian, VA 23113** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Builder's Financial Group, LLC**<br>**4191 Innslake Dr., Ste. 212**<br>**Glen Allen, VA 23060** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Wilton Investment Co., LLC**<br>**Attn: Barry Wilton**<br>**6802 Paragon Pl., Ste. 300**<br>**Richmond, VA 23230** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Walter L. Hooker**<br>**4915 Radford Ave., Ste. 206**<br>**Richmond, VA 23230** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Wachovia Bank N.A.**<br>**PA1327**<br>**123 South Broad St.**<br>**Philadelphia, PA 19109** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Wachovia Bank N.A.**<br>**PA1327**<br>**123 South Broad St.**<br>**Philadelphia, PA 19109** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Bank of America**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Alpine Bank**<br>**P.O. Box 6086**<br>**Rockford, IL 61125** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Alpine Bank**<br>**P.O. Box 6086**<br>**Rockford, IL 61125** |

Sheet    **2**    of    **4**    continuation sheets attached to the Schedule of Codebtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Wachovia Bank N.A.**<br>**PA1327**<br>**123 South Broad St.**<br>**Philadelphia, PA 19109** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Wachovia Bank N.A.**<br>**PA1327**<br>**123 South Broad St.**<br>**Philadelphia, PA 19109** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Alpine Bank**<br>**P.O. Box 6086**<br>**Rockford, IL 61125** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Alpine Bank**<br>**P.O. Box 6086**<br>**Rockford, IL 61125** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Wachovia Bank N.A.**<br>**PA1327**<br>**123 South Broad St.**<br>**Philadelphia, PA 19109** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Alpine Bank**<br>**P.O. Box 6086**<br>**Rockford, IL 61125** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Alpine Bank**<br>**P.O. Box 6086**<br>**Rockford, IL 61125** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Central Virginia Bank**<br>**PO Box 39**<br>**Powhatan, VA 23139** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Village Bank**<br>**15521 Midlothian Turnpike**<br>**Suite 200**<br>**Midlothian, VA 23113** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Hanover Insurance Co. c/o**<br>**Guardian Group, Inc.**<br>**260 Gateway Drive, Ste. 6-8C**<br>**Bel Air, MD 21014** |
| **Wilton Development Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **County of Henrico**<br>**PO Box 90775**<br>**Henrico, VA 23273** |
| **Wilton Family Investments III**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **C&F**<br>**802 Main St.**<br>**P.O. Box 391**<br>**West Point, VA 23181** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

_____ ,
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Wilton Family Investments, LLC**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Wachovia Bank N.A.**<br>**PA1327**<br>**123 South Broad St.**<br>**Philadelphia, PA 19109** |
| **Wilton Family Investments, LLC**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Union First Market Bank**<br>**9665 Sliding Hill Road**<br>**Ashland, VA 23005** |
| **Wilton Investment Corporation**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Central Virginia Bank**<br>**PO Box 39**<br>**Powhatan, VA 23139** |
| **Wilton Real Estate**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Hampton Roads Bankshares**<br>**12090 W. Broad Street**<br>**Henrico, VA 23233** |
| **Wilval, LLC**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **Regions Bank**<br>**PO Box 11407**<br>**Birmingham, AL 35246** |
| **Yampa River Village, LLC**<br>**4905 West Clay Street**<br>**Richmond, VA 23230** | **L.A. & Karen Dougherty**<br>**100 Hale Hookipa Way**<br>**  HI 96758** |

Sheet   **4**   of   **4**   continuation sheets attached to the Schedule of Codebtors

In re  __Henry L. Wilton__                                 Case No.  __10-36398__
                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter** | AGE(S):<br>**13** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **The Wilton Companies, Inc.** | **Wilton Real Estate Corp.** |
| How long employed | | |
| Address of Employer | **4905 West Clay Street**<br>**Richmond, VA 23230** | **4905 West Clay Street**<br>**Richmond, VA 23230** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 18,408.00 | $ 4,125.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 18,408.00 | $ 4,125.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 5,345.00 | $ 869.00 |
|     b. Insurance | $ 0.00 | $ 0.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 5,345.00 | $ 869.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 13,063.00 | $ 3,256.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 15,386.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 15,386.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 28,449.00 | $ 3,256.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 31,705.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re    **Henry L. Wilton**                           Case No.    **10-36398**
<br>                                Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,833.00 |
|    a. Are real estate taxes included?   Yes ___   No **X** | | |
|    b. Is property insurance included?   Yes ___   No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 1,700.00 |
|            b. Water and sewer | | $ 700.00 |
|            c. Telephone | | $ 600.00 |
|            d. Other   **Cable/Internet** | | $ 467.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 1,000.00 |
| 4. Food | | $ 1,500.00 |
| 5. Clothing | | $ 400.00 |
| 6. Laundry and dry cleaning | | $ 100.00 |
| 7. Medical and dental expenses | | $ 500.00 |
| 8. Transportation (not including car payments) | | $ 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 500.00 |
| 10. Charitable contributions | | $ 500.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | | $ 1,089.00 |
|            b. Life | | $ 1,000.00 |
|            c. Health | | $ 0.00 |
|            d. Auto | | $ 375.00 |
|            e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify)    **See Detailed Expense Attachment** | | $ 834.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | | $ 3,800.00 |
|            b. Other   **See Detailed Expense Attachment** | | $ 12,648.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 1,200.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 2,000.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other   **HOA Dues** | | $ 243.00 |
|       Other   **Expenses from Operation of Business** | | $ 15,000.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 49,489.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 31,705.00 |
| b. | Average monthly expenses from Line 18 above | $ 49,489.00 |
| c. | Monthly net income (a. minus b.) | $ -17,784.00 |

In re    **Henry L. Wilton**                                                        Case No.    **10-36398**
                                   Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Specific Tax Expenditures:**

| | | |
|---|---|---|
| R/E Taxes | $ | 379.00 |
| Personal Property | $ | 455.00 |
| **Total Tax Expenditures** | $ | 834.00 |

**Other Installment Payments:**

| | | |
|---|---|---|
| NC Property Mort. | $ | 7,000.00 |
| Thistle Mort. | $ | 4,704.00 |
| Goodwick Mort. | $ | 944.00 |
| **Total Other Installment Payments** | $ | 12,648.00 |

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Henry L. Wilton** _____      Case No.    **10-36398** _____

                                             Debtor(s)                       Chapter     **11** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **39**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 7, 2010** _____       Signature    **/s/ Henry L. Wilton**    _Henry Wilton_

                                                        **Henry L. Wilton**
                                                        Debtor

_Penalty for making a false statement or concealing property:_   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Henry L. Wilton**

_____
Debtor(s)

Case No. **10-36398**

Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,620,291.00 | 2008 Taxes (Joint w/Wife) |
| $429,840.00 | 2009 |
| $272,571.00 | YTD (includes dividends) |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

### 3. Payments to creditors

None ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **ALPINE BANK V. HENRY L. WILTON AND WILTON DEVELOPMENT CORPORATION 2009CV280** | **COMPLAINT** | **DISTRICT COURT, ROUTT COUNTY, COLORODO** | **JUDGMENT** |
| **ALPINE BANK V. HENRY L. WILTON AND WILTON DEVELOPMENT CORPORATION 2009CV280** | **GARNISHMENT OF CENTRAL VIRGINIA BANK ACCOUNTS IN THE AMOUNT OF $974,600.32 (CHECKING-$31. 00 HELD; SAVINGS-$80.00 HELD)** | **HENRICO COUNTY CIRCUIT COURT, VA** | **PENDING** |
| **THE BANK OF HAMPTON ROADS V. HENRY L. WILTON, ET AL. CL10-300** | **COMPLAINT** | **HENRICO COUNTY CIRCUIT COURT, VA** | **JUDGMENT** |
| **FIRST CAPITAL BANK V. HENRY L. WILTON, ET AL. CL10-1850** | **COMPLAINT** | **HENRICO COUNTY CIRCUIT COURT, VA** | **JUDGMENT** |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| FRANKLIN FEDERAL SAVINGS BANK V. WILTON DEVELOPMENT CORPORATION AND HENRY L. WILTON CL10-102 | COMPLAINT | HENRICO COUNTY CIRCUIT COURT, VA | JUDGMENT |
| FRANKLIN FEDERAL SAVINGS BANK V. WILTON REAL ESTATE CORPORATION AND HENRY L. WILTON CL10-144 | COMPLAINT | HENRICO COUNTY CIRCUIT COURT, VA | JUDGMENT |
| PARAGON COMMERCIAL BANK V. WILTON DEVELOPMENT CORPORATION AND HENRY L. WILTON CL10-1473 | COMPLAINT | HENRICO COUNTY CIRCUIT COURT, VA | JUDGMENT |
| PGH INVESTMENT, L.P. V, HENRY L. WILTON AND WILTON DEVELOPMENT CORPORATION CL10-594 | COMPLAINT | HENRICO COUNTY CIRCUIT COURT, VA | PENDING |
| VILLAGE BANK V. HENRY WILTON CL-10-899 | CONFESSED JUDGMENT | CHESTERFIELD COUNTY CIRCUIT COURT, VA | JUDGMENT |
| WACHOVIA BANK, NATIONAL ASSOCIATION V. WILTON DEVELOPMENT CORPORATION AND HENRY L. WILTON CL1001866-0 | COMPLAINT | RICHMOND CITY CIRCUIT COURT, VA | JUDGMENT |
| BANK OF HAMPTON ROADS V. JAMES RIVER COMMONS, LLC AND HENRY L. WILTON CL10000908-0 | COMPLAINT | RICHMOND CITY CIRCUIT COURT, VA | JUDGMENT |
| WELLS FARGO BANK, N.A. V. HENRY L. WILTON CL10003241-00 | CONFESSED JUDGMENT | RICHMOND CITY CIRCUIT COURT, VA | JUDGMENT |
| NATIONAL BANK OF ARIZONA, N.A. V. 93 SAGUARO FOREST, LLC, ET AL CV2009-027716 | COMPLAINT | SUPERIOR COURT, STATE OF ARIZONA | PENDING |
| NATIONAL BANK OF ARIZONA, N.A. V. WILHOOK, LCC, ET AL. CV2009-029046 | COMPLAINT | SUPERIOR COURT OF ARIZONA | JUDGMENT |
| WELLS FARGO BANK, NA.A. V. ASHLAND PROPERTIES, LLC AND HENRY L. WILTON CL10000956 | CONFESSION OF JUDGMENT | HANOVER COUNTY CIRCUIT COURT, VA | JUDGMENT |
| ALPINE BANK V. HENRY L. WILTON AND WILTON DEVELOPMENT CORPORATION 2009CV280 | GARNISHMENT FOR JUDGMENT OF $974,600.32 AT WACHOVA BANK ($28,195.56 HELD) | HENRICO COUNTY CIRCUIT COURT, VA | PENDING |

None ■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bank of the West**<br>**P.O. Box 4002**<br>**Concord, CA 94524-4002** | 8/27/09 | **Lot 24 West Hills; $274,234.00** |
| **Village Bank**<br>**POB 330**<br>**Midlothian, VA 23113** | 7/16/10 | **2005 Mercedes SL; $28,050** |

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Canfield Baer & Heller LLP 2201 Libbie Ave. Suite 200 Richmond, VA 23230 | | **$45,020 ($1039 filing fee, $20,000 to Tavenner & Behran PLC as co-counsel in case, and and $23981 attorney fees to Canfield, Baer & Heller, LLP)** |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Jeremy Mullins c/o Gregory Klich 12400 Beauridge Ct. Midlothian, VA 23114 Third Party | 3/18/10 | 2004 Bentley Continental Coupe; $64,000 |
| Duane Ragsdale 8545 Patterson Ave., Ste. 306 Henrico, VA 23229 Third Party | 9/15/09 | Transfered interest in Springfield Mini Storage, LLC and Hendu I, LLC to pay off $250,000 personal loan to Duane Ragsdale |
| Chuck Messer 10 River Court Lane Henrico, VA 23228 Partner in company | 3/5/10 | 50% interest in Third Avenue Developers, LLC; $10.00 |
| Talon Homes/John Schwab 3316 Rivana Drive Richmond, VA 23235 partner in LRC, LLC | 9/1/09 | 50% interest in Wilton-Talon Group, LLC; $1.00 |
| Dawn Coleman 12307 Stanwood Court Glen Allen, VA 23059 Third Party | 4/27/10 | 261 shares of The Wilton Compaanies, LLC- Certificate 59; redeemed to satisfy debt |
| Brown's Jaguar 10505 Midlothian Tpk. Richmond, VA 23235 Third Party | 7/23/2010 | 2003 Aston Martin; $46,000.00 |
| Bryan E. Kornblau 4919 Innslake Dr., Ste. 100 Glen Allen, VA 23060 Third Party | 10/20/2009 | 80% of Strategic Real Estate Advisors; $1,600,000.00 |
| Cameron W. Vaughan 4901 Dickens Road, Ste. 100 Richmond, VA 23230 Third Party | 10/20/2009 | 10% of Strategic Real Estate Advisors; $200,000.00 |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **B. Hunt Gunter**<br>**4901 Dickens Road, Ste. 100**<br>**Richmond, VA 23230**<br>    Third Party | **10/20/2009** | **10% of Strategic Real Estate Advisors;**<br>**$200,000.00** |
| **Michael Edward Thompson**<br>**1944 Shenandoah Crossing Drive**<br>**Gordonsville, VA 22942**<br>    **Manager of Golf Course** | **5/26/10** | **25% Interest in Shenandoah Golf Club, LLC;**<br>**$50,000.00** |
| **Bobby W. Thomspon**<br>**1944 Shenandoah Crossing Drive**<br>**Gordonsville, VA 22942**<br>    **Third Party** | **5/26/10** | **25% Interest in Shenandoah Golf Club, LLC;**<br>**$50,000.00** |
| **Wilton Family Investments, LLC**<br>**4905 W. Clay Street**<br>**Richmond, VA 23230**<br>    **Company** | **8/19/09** | **44.16 shares of Wiltan, LLC; $184,151.00** |
| **Donald L. Beavers**<br>**Post Office Box 88**<br>**Bellwood, PA 16617**<br>    **Third Party** | **3/30/10** | **9.525% interest in Wilton Tailwaters**<br>**Development, LLC; $150,000** |
| **Duane Ragsdale**<br>**8545 Patterson Ave., Ste. 306**<br>**Henrico, VA 23229** | **12/4/09** | **Transfered interest in Hendu II for $122,500.00** |

None
■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **US Bank**<br>**PO Box 1800**<br>**Saint Paul, MN 55101** | **Checking; 3774; $2170.40** | **12/20/09** |
| **First Capital Bank**<br>**4222 Cox Road - 2nd Floor**<br>**Glen Allen, VA 23060** | **Checking;1854** | **8/10/10; $239.98** |

**12. Safe deposit boxes**

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☐   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Wachovia Bank, N.A.**<br>PO Box 5169<br>Sioux Falls, SD 57117 | **2010** | **28,196.00** |

**14. Property held for another person**

None
■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Wilton Development Corp. | 54-1496229 | 4901 Dickens Road Suite 101 Richmond, VA 23230 | Real Estate | 3/29/89-current |
| Wilton Investment Corp. | 54-1697442 | 4901 Dickens Road Suite 101 Richmond, VA 23230 | Real Estate | 8/11/93-current |
| Shenandoah Golf Club, LLC | 27-0098195 | 4901 Dickens Road Suite 101 Richmond, VA 23230 | Golf Club | 8/1/04-current |
| Wilton Real Estate Corp. | 54-1472493 | 4901 Dickens Road Suite 101 Richmond, VA 23230 | Real Estate | 8/22/88-current |
| Ashland Properties, LLC | 76-0738383 | 4901 Dickens Road Suite 101 Richmond, VA 23230 | Real Estate | 2/11/03-current |
| James River Commons, LLC | 20-1655621 | 4901 Dickens Road Suite 101 Richmond, VA 23230 | Real Estate | 8/23/03-current |
| Wilval, LLC | 20-3319979 | 4901 Dickens Road Suite 101 Richmond, VA 23230 | Real Estate | 7/8/05-current |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Third Avenue Developers, LLC** | 20-8718476 | **4901 Dickens Road Suite 101 Richmond, VA 23230** | **Real Estate** | 1/31/07-current |
| **Yampa River Village, LLC** | 26-1981423 | **4901 Dickens Road Suite 101 Richmond, VA 23230** | **Real Estate** | 11/5/08-current |
| **Wilhook, LLC** | 54-1936274 | **4901 Dickens Road Suite 101 Richmond, VA 23230** | **Real Estate** | 1/1/99-current |
| **Wilton-Talon Group, LLC** | 20-3074434 | **4901 Dickens Road Suite 101 Richmond, VA 23230** | **Real Estate** | 7/25/05-current |
| **93 Saguro Forest, LLC** | 54-2032525 | **4901 Dickens Road Suite 101 Richmond, VA 23230** | **Real Estate** | 5/17/00-current |
| **Audrey, Inc,** | 54-2008979 | **4901 Dickens Road Suite 101 Richmond, VA 23230** | **Real Estate** | 1/13/00-current |
| **Wilton Family Investments II, LLC** | 20-3319858 | **4901 Dickens Road Suite 101 Richmond, VA 23230** | **Real Estate** | 10/1/05-current |
| **Wilton Family Investments III, LLC** | 20-3507446 | **4901 Dickens Road Suite 101 Richmond, VA 23230** | **Real Estate** | 7/11/05-current |
| **VA Development & Realty Services LLC** | 54-2007722 | **4901 Dickens Road, Suite 101 Richmond, VA 23230** | **Real Estate** | 9/3/05-current |
| **Wiltan, LLC** | 02-0709486 | **8052 W. Broad Street Henrico, VA 23294** | **Food Service** | 2003-current |
| **Wilton Tailwaters Development, LLC** | 26-1630060 | **97 Main Street, Unit E 1202 Edwards, CO 81632** | **Real Estate** | 2007-current |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                         ADDRESS

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Trudy Yates** | **1989-Current** |
| **4901 Dickens Road, Ste. 101** | |
| **Richmond, VA 23230** | |

None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐   of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Goodman & Company** | **4510 Cox Road** | **1995-Current** |
| | **Glen Allen, VA 23060** | |

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐   of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Goodman & Company** | **4510 Cox Road** |
| | **Glen Allen, VA 23060** |

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■   issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS        DATE ISSUED

**20. Inventories**

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■   and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■   controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■   commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

**None** ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

**None** ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

**None** ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

**None** ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **October 7, 2010**          Signature  **/s/ Henry L. Wilton**    *Henry L. Wilton*
                                                **Henry L. Wilton**
                                                Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

In re **Henry L. Wilton**
_____
Debtor(s)

Case Number: **10-36398**
_____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | **Part I. CALCULATION OF CURRENT MONTHLY INCOME** | | | | | |
|---|---|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ■ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | | **Column A**<br>**Debtor's Income** | | **Column B**<br>**Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | | $ 18,408.00 | | $ 4,124.00 |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><br>|  | Debtor | Spouse |<br>| a. Gross receipts | $ 0.00 | $ 0.00 |<br>| b. Ordinary and necessary business expenses | $ 0.00 | $ 0.00 |<br>| c. Business income | Subtract Line b from Line a | | | | $ 0.00 | | $ 0.00 |
| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<br><br>|  | Debtor | Spouse |<br>| a. Gross receipts | $ 0.00 | $ 0.00 |<br>| b. Ordinary and necessary operating expenses | $ 0.00 | $ 0.00 |<br>| c. Rent and other real property income | Subtract Line b from Line a | | | | $ 0.00 | | $ 0.00 |
| 5 | **Interest, dividends, and royalties.** | | | $ 15,386.00 | | $ 0.00 |
| 6 | **Pension and retirement income.** | | | $ 0.00 | | $ 0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | | | $ 0.00 | | $ 0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>| Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $ 0.00 | Spouse $ 0.00 | | | | $ 0.00 | | $ 0.00 |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>|  | Debtor | Spouse |<br>| a. | $ | $ |<br>| b. | $ | $ | | | | $ 0.00 | | $ 0.00 |
| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B. Enter the total(s). | | | $ 33,794.00 | | $ 4,124.00 |

| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $ | 37,918.00 |

| | **Part II. VERIFICATION** |

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |

Date:  **October 7, 2010**                              Signature: **/s/ Henry L. Wilton**

**Henry L. Wilton**
(Debtor)

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Henry L. Wilton**

Debtor(s)

Case No. _____

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | *** |
| Prior to the filing of this statement I have received | $ | 45,020.00 |
| Balance Due | $ | *** |

2.   $ __**1,039.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:
    ☒ Debtor    ☐ Other *(specify)*

4.   The source of compensation to be paid to me is:
    ☒ Debtor    ☐ Other *(specify)*

5.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   Other provisions as needed:
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

*** All legal services shall be subject to court order and shall be billed at the rate of $350.00 per hour. $20,000.00 of the $45,000.00 already received was paid to Tavenner & Beran PLC as co-counsel in this case.

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 16, 2010**
*Date*

**/s/ Robert A. Canfield**
**Robert A. Canfield**
*Signature of Attorney*

**Canfield, Baer & Heller, LLP**
*Name of Law Firm*
**2201 Libbie Avenue, Ste. 200**
**Richmond, VA 23230**
**(804) 673-6600  Fax: (804) 673-6604**

---

### *For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $3,000</u>*
### *(For all Cases Filed on or after 10/17/2005)*
## NOTICE TO DEBTOR(S) AND STANDING TRUSTEE
## PURSUANT TO INTERIM PROCEDURE 2016-1(C)(7)

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C)(7)(a), you have ten (10) business days from the meeting of creditors in this case in which to file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount.

## PROOF OF SERVICE
The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 Trustee, and U. S. Trustee pursuant to Interim Procedure 2016-1(C)(7)(a) and Local Bankruptcy Rule 2002-1(D)(1)(f), by first-class mail or electronically.

*Date*

*Signature of Attorney*

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Henry L. Wilton**

                                  Debtor(s)

Case No.   **10-36398**

Chapter   **11**

## NOT APPLICABLE

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, Henry L. Wilton, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   _10/7/10_

Signature   _Henry Wilton_

                     Henry L. Wilton

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.