IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
<u>Richmond Division</u>

| | |
|---|---|
| In re:      HENRY L. WILTON | Chapter 11 |
|                    Debtor. | CASE NO. 10-36398-KRH |
| WELLS FARGO BANK, | |
|                    Movant | |
| v. | Cont. Matter No. |
| HENRY L. WILTON, DEBTOR, | _____ |
|                    Defendant. | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon consideration of the Motion of Wells Fargo Bank to modify the automatic stay herein, it is

**ORDERED** that the automatic stay imposed by 11 U.S.C. §352 is modified to permit the Movant and its successors and assigns to enforce the security interest as it pertains to the funds in Bank Account Number 10796955647 and 1010120342860 maintained by Wells Fargo Bank.

Done at Richmond, Virginia this \_\_\_ day of October, 2010.

**Paul S. Bliley, Jr. – VSB No. 13973**
**WILLIAMS MULLEN**
**Two James Center**
**1021 East Cary Street, 14th Floor**
**Richmond, Virginia 23218-1320**
**804.783.6448**
**Counsel for Wells Fargo Bank**

_____<br>
United States Bankruptcy Judge

I ask for this:

\s\ Paul S. Bliley, Jr.
Paul S. Bliley, Jr., VSB No. 13973
Williams Mullen
Williams Mullen Center
200 South 10th Street, Suite 1600
Richmond, VA 23219
Phone: 804.420.6448
Fax:   804.420.6507

Seen:

\s\ Robert A. Canfield
Robert A. Canfield,
Canfield, Baer & Heller, LLP
2201 Libbie Avenue, Suite 200
Richmond, VA 23230

Certificate of Endorsement

I do hereby certify that all necessary parties have endorsed the foregoing sketch of this order.

Dated: October 19, 2010          \s\ Paul S. Bliley, Jr.

8290738_1.DOC