Exhibit "B"

NO. 26D

942.89000
Class A Common
Nonvoting Stock

ORGANIZED UNDER THE LAWS OF THE COMMONWEALTH OF VIRGINIA

# THE WILTON COMPANIES, INC.

TOTAL AUTHORIZED ISSUE
10,000 SHARES, COMMON VOTING STOCK
40,000 SHARES, CLASS A COMMON NONVOTING STOCK

See Reverse for Certain Definitions

*This is to certify that*   Henry L. Wilton   *is the owner of*

Nine Hundred Forty-Two and .89000 (942.89000) Class A Common Nonvoting Stock *fully paid and non-assessable shares of the above Corporation transferable only on the books of the Corporation by the holder hereof in person or by authorized Attorney upon surrender of this Certificate properly endorsed.*

*Witness, the seal of the Corporation and the signature of its duly authorized officers.*

Dated October 31, 2007

_____ Secretary

_____ President

© 1998 GOES 3461
All Rights Reserved

LITHO. IN U.S.A.