UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: HENRY L. WILTON,   Case No. 10-36398-KRH
      Debtor.   Chapter 11

WELLS FARGO BANK, NA,

      Movant,

v.

HENRY L. WILTON,

      Defendant.

### ANSWER TO MOTION FOR RELIEF FROM STAY

COMES NOW the Debtor, Henry L. Wilton, by counsel, and states as follows for his Answer to Movant's Motion for Relief from Stay:

1. The relief sought in Movant's Motion for Relief is not owned by the Debtor. The property located at 108 Ocean Boulevard, Southern Shores, NC 27949 is owned by Wilton Family Investments, LLC.

WHEREFORE Henry L. Wilton respectfully asks that no order be entered to his detriment.

      HENRY L. WILTON

      By:   /s/ Robert A. Canfield
          Counsel for Debtor

Robert A. Canfield, #16901
Canfield Baer and Heller, LLP
2201 Libbie Avenue, Suite 200
Richmond, VA 23230
☎ 804-673-6600
📠 804-673-6604
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Answer was mailed, first class mail, postage prepaid and/or electronically, on this 13th day of July, 2011 to all necessary parties, as listed below:

James E. Clarke, Esquire
Kristen J. Misleh, Esquire
Atlantic Law Group, LLC
Post Office Box 2548
Leesburg, Virginia 20177


    /s/   Robert A. Canfield
    Robert A. Canfield