**From:** Pfeiffer, Loc [mailto:Loc.Pfeiffer@KutakRock.com]
**Sent:** Monday, July 11, 2011 11:06 AM
**To:** Perkins, Christopher L.
**Subject:** Wilton spreadsheet of sales

| Transaction | Shares | Price Per Share | Total Purchase Price |
|---|---|---|---|
| Private Sale (7/8/2010) (Daniel and Joy Hartshorn) | 500 | $400.00 | $200,000.00 |
| Public Auction (4/15/11) (Wilton Investment Co./Barry Wilton) | 313.0999 | $800.00 | $250,479.92 |
| Public Auction (5/16/11) (Paragon Bank) | 135 | $750.00 | $101,250.00 |
| Public Auction (6/29/11) (Wells Fargo) | 125 | $650.00 | $81,250.00 |
| Total | 573.0999 | | $351,729.92 |
| Average Price Per Share(Total Price/Total Shares) | | $613.73 | |

Chris - also note that the last sale by Wells Fargo increased the price per share. But that price is still below the price that we are paying.

Loc

ANY FEDERAL TAX ADVICE CONTAINED IN THIS MESSAGE SHOULD NOT BE USED OR REFERRED TO IN THE PROMOTING, MARKETING OR RECOMMENDING OF ANY ENTITY, INVESTMENT PLAN OR ARRANGEMENT, AND SUCH ADVICE IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY A TAXPAYER FOR THE PURPOSE OF AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE.

This E-mail message is confidential, is intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or otherwise protected by applicable law. If you have received this message in error, please notify the sender at 402-346-6000 and delete this E-mail message.
Thank you.