The Wilton Companies, Inc. & Subsidiaries
and The Wilton Companies, LLC & Subsidiaries
Wilton Equity
12/31/2008

|  | Inc. | LLC | Total | % |
|---|---|---|---|---|
| Total equity | $ 93,271,701 | 63,154,261 | 156,425,962 | 100.00% |
| ÷ Shares | 27,638.9651 | 36,809.3575 | 64,448.3226 |  |
| Per share | $ 3,374.65 | 1,715.71 | 2,427.15 |  |
|  |  |  |  |  |
| Wilton equity | $ 30,226,284 | 8,503,993 | 38,730,278 | 24.7595% |
| ÷ Shares | 8,956.8650 | 4,956.5447 | 13,913.4097 |  |
| Per share | $ 3,374.65 | 1,715.71 | 2,783.67 |  |

↑
Blended