# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | | |
|---|---|---|
| IN RE:    HENRY L. WILTON, | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 10-36398-KRH |
| Debtor | ) | |
| | ) | |

## WITHDRAWAL OF OBJECTION TO DEBTOR'S MOTION TO APPROVE COMPROMISE AND TO AUTHORIZE SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR OF ALL LIENS AND INTERESTS

**COMES NOW** Walter Hooker, Esquire ("Hooker"), by counsel, a creditor and party in interest, to withdraw his objection (the "Objection")[Docket No. 205] to the Debtor's above-cited Motion (the "Motion"), and in support thereof, shows the Court as follows:

1.    The Motion proposed to sell Certificates numbered 96 and 113B of the Wilton Companies, LLC, representing interests in the company (the "Shares"), as property of the debtor's estate. Hooker believes, and therefore alleged in the Objection, that the Shares belong to him.

2.    The Movant, Mountain Investments, LLC, and Hooker have agreed for Hooker to withdraw his Objection to the Motion based upon the Movant's representation that it is excluding the disputed Shares from the transactions proposed in the Motion.

DOUGLAS A. SCOTT, PLC
Suite 311, 1805 Monument Avenue
Richmond, Virginia 23220
Counsel for Walter Hooker, Esquire

**WHEREFORE**, Hooker withdraws his Objection to the relief to be granted in the Motion and prays that the Court award to him such other and further relief as may be just and proper.

Date:  July 19, 2011

\s\ Douglas Scott
Douglas Scott, VSB No. 28211
DOUGLAS A. SCOTT, PLC
Suite 311, 1805 Monument Avenue
Richmond, Virginia 23220
☎804.257.9860
BankruptcyCounsel@gmail.com
Counsel for Walter Hooker, Esquire

## CERTIFICICATE OF SERVICE

I, the undersigned, do hereby certify that on this day I served all necessary parties with this Objection *via* the Court's ECF facility:

\s\  Douglas Scott

Macintosh HD:Case Files:Case Files:H:Hooker, Walter L- individual creditor:Withdrawal of Objection to 9014 Motion