**KUTAK ROCK LLP**
Loc Pfeiffer (VSB No. 36932)
Jeremy S. Williams (VSB No. 77469)
Kutak Rock LLP
1111 East Main Street, Suite 800
Richmond, Virginia 23219
(804) 644-1700
 *Counsel for Mountain Investments, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  HENRY L. WILTON,                              Case No. 10-36398-KRH

                                                                        Chapter 11

                      Debtor.

## NOTICE OF SUPPLEMENTAL EXHIBIT TO MOTION TO APPROVE COMPROMISE

**PLEASE TAKE NOTICE THAT** Mountain Investments, LLC, by counsel and in connection with the *Consent Motion to Approve Compromise and to Authorize Sale of Property of the Estate Free and Clear of All Liens and Interests* [Docket No. 173] (the "Motion"), discloses the additional exhibit attached hereto as **Exhibit A** in support of the Motion.

                                              **MOUNTAIN INVESTMENTS, LLC**

                                              By:  /s/ Jeremy S. Williams          
                                                          Counsel

**KUTAK ROCK LLP**
Loc Pfeiffer (VSB #39632)
Jeremy S. Williams, (VSB #77469)
1111 East Main Street, Suite 800
Richmond, VA 23219
Tel: 804-644-1700
Fax: 804-783-6192
   *Counsel for Mountain Investments, LLC*

**<u>EXHIBIT A</u>**

# SUMMARY OF RECENT TRANSACTIONS
# FOR WILTON STOCK

| Transaction | Shares | Price Per Share | Total Purchase Price |
|---|---|---|---|
| Private Sale (7/8/2010) (Daniel and Joy Hartshorn) | 500.0000 | $400.00 | $200,000.00 |
| Private Sale (3/2/2011) (Bank of Hampton Roads) | 5468.3100 | $630.91 | $3,450,000.00 |
| Public Auction (4/15/11) (Wilton Investment Co./Barry Wilton) | 313.0999 | $800.00 | $250,479.92 |
| Public Auction (5/16/11) (Paragon Bank) | 135.0000 | $750.00 | $101,250.00 |
| Public Auction (6/29/11) (Wells Fargo) | 125.0000 | $650.00 | $81,250.00 |
| | | | |
| **Total** | 6541.4099 | **$624.17** | $4,082,979.92 |