**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| In re: HENRY L. WILTON | Case No. 10-36398-KRH |
| Debtor | Chapter 11 |

E. CARLTON WILTON,

and

BETTY L. WILTON

      Movant,

v.

HENRY L. WILTON,

      Respondent

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

    Hearing was held on July 12, 2011, on a motion ( Doc # 155) filed by Robert C. Smith, counsel for E. Carlton and Betty Wilton ( the "Movants"), for relief from the automatic stay in relation to property located at 12671 River Road, Goochland, Virginia under which Movants have been granted a deed of trust to secure a promissory note which Movants hold from the Debtor. Based upon consideration of the Motion filed with the Court, evidence presented at the hearing, and the representations of counsel, it is:

    **ORDERED** that Movants be granted relief from the automatic stay and that the automatic stay be lifted.

DATE:      /      /

ENTER: _____

Judge

For this I ask:

/s/ Robert C. Smith
Robert C. Smith VSB 24722
Robert C. Smith, P.C.
2800 Patterson Avenue
Suite 101
Richmond, Virginia 23221
804-357-5977
804-377-8851 (fax)
Counsel for Debtor

Seen and Not Objected To:


___/s/ Robert A. Canfield
Robert A.Canfield
Canfield, Baer and Heller, LLP
2201 Libbie Avenue, Suite 200
Richmond, Virginia 23230

**LOCAL RULE 9022-(C) CERTIFICATION**

I hereby certify that all necessary parties have endorsed the aforesaid Order.

<u>/s/ Robert C. Smith</u>