**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

IN RE: HENRY L. WILTON,
Debtor.

Case No. 10-36398-KRH
Chapter 11

## MOTION TO CONVERT CASE TO CHAPTER 7

COMES NOW Henry L. Wilton, by counsel, and respectfully moves this Court for an Order, pursuant to U.S.C. §1112 of the Bankruptcy Code and Rules 1071(f)(2) and 9013 of the Federal Rules of Bankruptcy Procedure, to covert his Chapter 11 case to a Chapter 7 case. In support of this Motion, the Debtor respectfully states:

1. On September 16, 2010 (the "Petition Date"), the Debtor filed his voluntary bankruptcy petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Code, Eastern District of Virginia, Richmond Division.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory and legal predicates for the relief sought herein are §§ 1112(a) and (b) of the Bankruptcy Code.

3. The Debtor has continued in possession of his property as Debtor-in-Possession, pursuant to §§ 1107 and 1108 of the United States Bankruptcy Code.

4. Pursuant to 11 U.S.C. §109, the Debtor is eligible to be a debtor under Chapter 7 of the Bankruptcy Code.

Robert A. Canfield, VSB #16901
CANFIELD, BAER & HELLER, LLP
2201 Libbie Avenue, Suite 200
Richmond, VA 23230
☎(804)673-6600
📠(804)673-6604
*Counsel for Debtor*

5. In accordance with 11 U.S.C. § 1112(a), the Debtor may convert his case to a Chapter 7 case as he is a Debtor-in-Possession, his case was not originally commenced as an involuntary case, and he has not previously converted his case.

WHEREFORE Henry L. Wilton, by counsel, respectfully asks that this Court enter an Order converting his case to a Chapter 7.

HENRY L. WILTON

By: /s/ Robert A. Canfield
Counsel

Robert A. Canfield, VSB #16901
CANFIELD, BAER & HELLER, LLP
2201 Libbie Avenue, Suite 200
Richmond, VA 23230
☎(804)673-6600
🖷(804)673-6604
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class mail, postage prepaid and/or electronically, on this __25th__ day of July, 2011 to all necessary parties, as listed below:

SEE ATTACHED LIST

By: /s/ Robert A. Canfield
Robert A. Canfield

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

IN RE: HENRY L. WILTON,                           Case No. 10-36398-KRH
                    Debtor.                       Chapter 11

Address: 4905 West Clay Street
         Richmond, VA 23230

SSN / ITIN: xxx-xx-1332

**NOTICE OF MOTION**

Henry L. Wilton has filed papers with the Court to convert his case to a Chapter 11.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested in the objection, or if you want the Court to consider your views on the objection, then on or before August 15, 2011, you or your attorney must:

■ File with the Court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(h)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

   Clerk of the Court
   United States Bankruptcy Court
   Eastern District of Virginia, Richmond Division
   701 E. Broad Street
   Richmond, VA 23219

You must also mail a copy to:

   Robert A. Canfield, Esquire
   2201 Libbie Ave., Suite 200
   Richmond, VA 23230

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the request of Henry L. Wilton.

Date: July 25, 2011                          /s/ Robert A. Canfield
                                             Robert A. Canfield

Robert A. Canfield, VSB #16901
CANFIELD, BAER & HELLER, LLP
2201 Libbie Avenue, #200
Richmond, VA 23230
☎ 804-673-6600
🖷 804-673-6604

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class mail, postage prepaid and/or electronically, on this 25th day of July, 2011 to all necessary parties, as listed below:

SEE ATTACHED LIST

By: /s/ Robert A. Canfield
Robert A. Canfield

93 Saguaro Forest, LLC
4905 West Clay Street
Richmond, VA 23230-0000

Ashland Properties, LLC
4905 West Clay Street
Richmond, VA 23230-0000

Judson & Layne Wilton, LLC
4905 West Clay Street
Richmond, VA 23230-0000

Shenanoah Golf Club, LLC
4905 West Clay Street
Richmond, VA 23230-0000

Wilhook, LLC
4905 West Clay Street
Richmond, VA 23230-0000

Wilton Dev. of Steamboat, LLC
4905 West Clay Street
Richmond, VA 23230-0000

Wilton Development Corporation
4905 West Clay Street
Richmond, VA 23230-0000

Wilton Family Investments III
4905 West Clay Street
Richmond, VA 23230-0000

Wilton Family Investments, LLC
4905 West Clay Street
Richmond, VA 23230-0000

Wilton Investment Corporation
4905 West Clay Street
Richmond, VA 23230-0000

Wilton Real Estate
4905 West Clay Street
Richmond, VA 23230-0000

Wilval, LLC
4905 West Clay Street
Richmond, VA 23230-0000

Yampa River Village, LLC
4905 West Clay Street
Richmond, VA 23230-0000

Wilton Investment Co., LLC
Attn: Barry Wilton
6802 Paragon Pl., Ste. 300
Richmond, VA 23230-0000

Alpine Bank
P.O. Box 6086
Rockford, IL 61125-0000

Mountain Investments LLC
Loc Pfeiffer
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500

American Express
P.O. Box 981540
El Paso, TX 79998-1540

Ashcourt, LLC
Judson T. Vaughn, III
PO Box 1716
Ashland, VA 23005-0000

Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

Bank of America
P.O. Box 982235
El Paso, TX 79998

Bank of Essex
PO Box 674824
Marietta, GA 30006-0000

Builder's Financial Group, LLC
2250 Old Brick Road, Ste. 200
Glen Allen, VA 23060-0000

Cardmember Services
PO Box 15153
Wilmington, DE 19886-0000

Central Virginia Bank
PO Box 39
Powhatan, VA 23139-0000

Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Cindy Wilton
4905 West Clay Street
Richmond, VA 23230-0000

E. Carlton & Betty L. Wilton
11201 Patterson Avenue
Henrico, VA 23238-0000

FIA Card Services
PO Box 15019
Wilmington, DE 19886-0000

First Capital Bank
4222 Cox Road, Ste. 200
Glen Allen, VA 23060-0000

First Market Bank
111 Virginia Street
Suite 200
Richmond, VA 23219-0000

Franklin Federal Savings Bank
4501 Cox Road
Glen Allen, VA 23060-0000

Robert C. Smith
Robert C. Smith, P.C.
208 S. Wilton Road
Richmond, VA 23226

Hampton Roads Bankshares
PO Box 1908
Elizabeth City, NC 27906-1908

Grounds Maintenance Services
PO Box 3886
Park City, UT 84060-0000

Hampton Roads Bankshares
12090 W. Broad Street
Henrico, VA 23233-0000

Hirschler Fleisher
PO Box 500
Richmond, VA 23218-0000

Holloway, Brabee & Assoc PC
PO Box 770908
Steamboat Springs, CO 80477-0908

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

Johnson & Johnson Preferred
Financing, Inc.
PO Box 20370
Charleston, SC 29413-0000

Lin Kennerly
5045 Harrington road
Alpharetta, GA 30022-0000

National Bank of Arizona
7202 E. Carefree Drive
Carefree, AZ 85377-0000

Paragon Bank
3535 Glenwood Avenue
Raleigh, NC 27612-0000

PGH
2717 Willard Rd.
Henrico, VA 23294

River City Bank
Post Office Box 15247
Sacramento, CA 95851

Solamere Homeowners Assoc.
PO Box 4017
Park City, UT 84060

Sorenson Law Firm, LLC
950 W Elliot Rd, Ste. 226
Tempe, AZ 85284

Richard J. Knapp
Richard J. Knapp, P.C. 2800 Patterson
Avenue, Ste. 101
Richmond, VA 23221

The Commonwealth Club
401 W. Franklin Street
Richmond, VA 23220

The Desert Mountain Club
10550 E. Desert Hills Drive
Scottsdale, AZ 85262

Thomas O. Bondurant, Jr., PC
3600 Douglasdale Road
Richmond, VA 23221

Union First Market Bank
9665 Sliding Hill Road
Ashland, VA 23005

Village Bank
15521 Midlothian Turnpike
Suite 200
Midlothian, VA 23113

Wachovia
PO Box 13765
Roanoke, VA 24037

Walter L. Hooker
4915 Radford Ave., Ste. 206
Richmond, VA 23230

Wells Fargo Home Mortgage
PO Box 14411
Des Moines, IA 50306

The Country Club of Virginia
6031 St. Andrews Lane
Richmond, VA 23226

Desert Mountain Master Assoc.
c/o CCMC- Western Region
PO Box 105260
Atlanta, GA 30348

Promontory Ranch Club
8758 N. Promontory Ranch Road
Park City, UT 84098

Sidney Peak Ranch Owner's Assn.
3001 S. Lincoln Ave., Ste. E
Steamboat Springs, CO 80487

The Foundry Golf Club
3225 Lee's Landing Road
Powhatan, VA 23139

Glenwild
7600 Glenwild Drive
Park City, UT 84098

County of Henrico
PO Box 90775
Henrico, VA 23273

Hanover Insurance Company c/o
Guardian Group, Inc.
260 Gateway Drive, Ste. 6-8C
Bel Air, MD 21014

Goodman & Company
4510 Cox Road
Suite 200
Glen Allen, VA 23060

Alpine Bank
Troy Savenko
Gregory Kaplan, PLC
7 East Second Street
Richmond, VA 23224-4253

First Capital Bank
Christian K. Vogel
LeClairRyan, A Professional
Corporation
951 East Byrd Street, 8th Floor
Richmond, VA 23219

The Bank of Hampton Roads
Michael D. Mueller, Esq.
Christian & Barton, LLP
909 East Main Street, Ste 1200
Richmond, VA 23219

Fidelity & Deposit Co. of MD
Zurich North America
P.O. Box 66944
Chicago, IL 60666-0944

Hanover Insurance
7130 Glen Forest Drive
Richmond, VA 23226

Bank of Goochland
100 W. Broad Street
Richmond, VA 23063

First Community Bank
9310 Midlothian Turnpike
Richmond, VA 23235

Wells Fargo Bank
Paul S. Bliley, Jr., Esq.
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320

Citizens and Farmers Bank
Franklin Federal Savings Bank
Jennifer J. West
c/o Spotts Fain PC
411 E. Franklin St.

Suite 600
Richmond, VA 23219

W. Clarkson McDow, Jr.
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

BB&T
P.O. Box 1847
Wilson, NC 27894-1847

Bank of the West
P.O. Box 4002
Concord, CA 94524-4002

Citizens and Farmer's Bank
Attn: Credit Administration
PO Box 391
West Point, VA 23181-0391

Regions Bank
PO Box 11407
Birmingham, AL 35246

Paragon Commercial Bank
David G. Brown
Meyer, Goergen & Marrs, P.C.
1802 Bayberry Court, Ste. 200
Richmond, VA 23226

UNION FIRST MARKET BANK
D. Marc Sarata, Esquire
LEACH TRAVELL BRITT PC
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102

Wells Fargo Bank, N.A.
Karen Angela Maxey
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076

Wells Fargo Bank, N.A.
Eric David White
Samuel I. White, P.C.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230

Samco Development Corporation
Roy M. Terry, Jr., Esq.
Elizabeth L. Gunn, Esq.
DurretteBradshaw PLC
1111 E. Main Street, 16th Floor
Richmond, VA 23219

Desert Mountain Club, Inc.
10550 East Desert Hills Drive
Scottsdale, AZ 85262