**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| IN RE: HENRY L. WILTON, | Case No. 10-36398-KRH |
| Debtor. | Chapter 11 |

Address: 4905 West Clay Street
         Richmond, VA 23230

SSN / ITIN: xxx-xx-1332

## NOTICE OF MOTION

    Henry L. Wilton has filed papers with the Court to convert his case to a Chapter 7.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to grant the relief requested in the objection, or if you want the Court to consider your views on the objection, then on or before August 15, 2011, you or your attorney must:

    ■ File with the Court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(h)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

        Clerk of the Court
        United States Bankruptcy Court
        Eastern District of Virginia, Richmond Division
        701 E. Broad Street
        Richmond, VA 23219

    You must also mail a copy to:

        Robert A. Canfield, Esquire
        2201 Libbie Ave., Suite 200
        Richmond, VA 23230

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the request of Henry L. Wilton.

Date: July 27, 2011

                                                                      /s/ Robert A. Canfield       .
                                                                       Robert A. Canfield

Robert A. Canfield, VSB #16901
CANFIELD, BAER & HELLER, LLP
2201 Libbie Avenue, #200
Richmond, VA 23230
☎ 804-673-6600
🖷 804-673-6604

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class mail, postage prepaid and/or electronically, on this 27th day of July, 2011 to all necessary parties, as listed below:

SEE ATTACHED LIST

By: /s/ Robert A. Canfield
Robert A. Canfield

**93 Saguaro Forest, LLC**
4905 West Clay Street
Richmond, VA 23230-0000

**Ashland Properties, LLC**
4905 West Clay Street
Richmond, VA 23230-0000

**Judson & Layne Wilton, LLC**
4905 West Clay Street
Richmond, VA 23230-0000

**Shenanoah Golf Club, LLC**
4905 West Clay Street
Richmond, VA 23230-0000

**Wilhook, LLC**
4905 West Clay Street
Richmond, VA 23230-0000

**Wilton Dev. of Steamboat, LLC**
4905 West Clay Street
Richmond, VA 23230-0000

**Wilton Development Corporation**
4905 West Clay Street
Richmond, VA 23230-0000

**Wilton Family Investments III**
4905 West Clay Street
Richmond, VA 23230-0000

**Wilton Family Investments, LLC**
4905 West Clay Street
Richmond, VA 23230-0000

**Wilton Investment Corporation**
4905 West Clay Street
Richmond, VA 23230-0000

**Wilton Real Estate**
4905 West Clay Street
Richmond, VA 23230-0000

**Wilval, LLC**
4905 West Clay Street
Richmond, VA 23230-0000

**Yampa River Village, LLC**
4905 West Clay Street
Richmond, VA 23230-0000

**Wilton Investment Co., LLC**
Attn: Barry Wilton
6802 Paragon Pl., Ste. 300
Richmond, VA 23230-0000

**Alpine Bank**
P.O. Box 6086
Rockford, IL 61125-0000

**American Express**
P.O. Box 981540
El Paso, TX 79998-1540

**Ashcourt, LLC**
Judson T. Vaughn, III
PO Box 1716
Ashland, VA 23005-0000

**Bank of America**
P.O. Box 15019
Wilmington, DE 19886-5019

**Bank of America**
P.O. Box 982235
El Paso, TX 79998

**Bank of Essex**
PO Box 674824
Marietta, GA 30006-0000

**Builder's Financial Group, LLC**
2250 Old Brick Road, Ste.200
Glen Allen, VA 23060-0000

**Cardmember Services**
PO Box 15153
Wilmington, DE 19886-0000

**Central Virginia Bank**
PO Box 39
Powhatan, VA 23139-0000

**Chase**
P.O. Box 15153
Wilmington, DE 19886-5153

**Cindy Wilton**
4905 West Clay Street
Richmond, VA 23230-0000

**E. Carlton & Betty L. Wilton**
11201 Patterson Avenue
Henrico, VA 23238-0000

**FIA Card Services**
PO Box 15019
Wilmington, DE 19886-0000

**First Capital Bank**
4222 Cox Road, Ste. 200
Glen Allen, VA 23060-0000

**First Market Bank**
111 Virginia Street
Suite 200
Richmond, VA 23219-0000

**Franklin Federal Savings Bank**
4501 Cox Road
Glen Allen, VA 23060-0000

**Hampton Roads Bankshares**
PO Box 1908
Elizabeth City, NC 27906-1908

**Grounds Maintenance Services**
PO Box 3886
Park City, UT 84060-0000

**Hampton Roads Bankshares**
12090 W. Broad Street
Henrico, VA 23233-0000

**Hirschler Fleisher**
PO Box 500
Richmond, VA 23218-0000

**Holloway, Brabec & Assoc PC**
PO Box 770908
Steamboat Springs, CO 80477-0908

**Internal Revenue Service**
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

**Johnson & Johnson Preferred Financing, Inc.**
PO Box 20370
Charleston, SC 29413-0000

**Lin Kennerly**
5045 Harrington road
Alpharetta, GA 30022-0000

**National Bank of Arizona**
7202 E. Carefree Drive
Carefree, AZ 85377-0000

**Paragon Bank**
3535 Glenwood Avenue
Raleigh, NC 27612-0000

**PGH**
2717 Willard Rd.
Henrico, VA 23294

**River City Bank**
Post Office Box 15247
Sacramento, CA 95851

**Solamere Homeowners Assoc.**
PO Box 4017
Park City, UT 84060

**Sorenson Law Firm, LLC**
950 W Elliot Rd, Ste. 226
Tempe, AZ 85284

**The Commonwealth Club**
401 W. Franklin Street
Richmond, VA 23220

**The Desert Mountain Club**
10550 E. Desert Hills Drive
Scottsdale, AZ 85262

**Thomas O. Bondurant, Jr., PC**
3600 Douglasdale Road
Richmond, VA 23221

**Union First Market Bank**
9665 Sliding Hill Road
Ashland, VA 23005

**Village Bank**
15521 Midlothian Turnpike
Suite 200
Midlothian, VA 23113
**Wachovia**
PO Box 13765
Roanoke, VA 24037
**Walter L. Hooker**
4915 Radford Ave., Ste. 206
Richmond, VA 23230
**Wells Fargo Home Mortgage**
PO Box 14411
Des Moines, IA 50306
**The Country Club of Virginia**
6031 St. Andrews Lane
Richmond, VA 23226
**Desert Mountain Master Assoc.**
c/o CCMC- Western Region
PO Box 105260
Atlanta, GA 30348
**Promontory Ranch Club**
8758 N. Promontory Ranch Road
Park City, UT 84098
**Sidney Peak Ranch Owner's Assn.**
3001 S. Lincoln Ave., Ste. E
Steamboat Springs, CO 80487
**The Foundry Golf Club**
3225 Lee's Landing Road
Powhatan, VA 23139
**Glenwild**
7600 Glenwild Drive
Park City, UT 84098
**County of Henrico**
PO Box 90775
Henrico, VA 23273
**Hanover Insurance Company c/o**
**Guardian Group, Inc.**
260 Gateway Drive, Ste. 6-8C
Bel Air, MD 21014
**Goodman & Company**
4510 Cox Road
Suite 200
Glen Allen, VA 23060
**Alpine Bank**
Troy Savenko
Gregory Kaplan, PLC
7 East Second Street
Richmond, VA 23224-4253

**First Capital Bank**
Christian K. Vogel
LeClairRyan, A Professional Corporation
951 East Byrd Street, 8th Floor
Richmond, VA 23219
**The Bank of Hampton Roads**
Michael D. Mueller, Esq.
Christian & Barton, LLP
909 East Main Street, Ste 1200
Richmond, VA 23219
**Fidelity & Deposit Co. of MD**
Zurich North America
P.O. Box 66944
Chicago, IL 60666-0944
**Hanover Insurance**
7130 Glen Forest Drive
Richmond, VA 23226
**Bank of Goochland**
100 W. Broad Street
Richmond, VA 23063
**First Community Bank**
9310 Midlothian Turnpike
Richmond, VA 23235
**Wells Fargo Bank**
Paul S. Bliley, Jr., Esq.
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
**Citizens and Farmers Bank**
**Franklin Federal Savings Bank**
Jennifer J. West
c/o Spotts Fain PC
411 E. Franklin St.
Suite 600
Richmond, VA 23219
**W. Clarkson McDow, Jr.**
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219
**BB&T**
P.O. Box 1847
Wilson, NC 27894-1847
**Bank of the West**
P.O. Box 4002
Concord, CA 94524-4002
**Citizens and Farmer's Bank**
**Attn: Credit Administration**
PO Box 391
West Point, VA 23181-0391

**Regions Bank**
PO Box 11407
Birmingham, AL 35246
**Paragon Commercial Bank**
David G. Brown
Meyer, Goergen & Marrs, P.C.
1802 Bayberry Court, Ste. 200
Richmond, VA 23226
**UNION FIRST MARKET BANK**
D. Marc Sarata, Esquire
LEACH TRAVELL BRITT PC
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102
**Wells Fargo Bank, N.A.**
Karen Angela Maxcy
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076
**Wells Fargo Bank, N.A.**
Eric David White
Samuel I. White, P.C.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230
**Samco Development Corporation**
Roy M. Terry, Jr., Esq.
Elizabeth L. Gunn, Esq.
DurretteBradshaw PLC
1111 E. Main Street, 16th Floor
Richmond, VA 23219
**Desert Mountain Club, Inc.**
10550 East Desert Hills Drive
Scottsdale, AZ 85262
**Mountain Investments LLC**
Loc Pfeiffer
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
**Robert C. Smith**
Robert C. Smith, P.C.
208 S. Wilton Road
Richmond, VA 23226
**Richard J. Knapp**
Richard J. Knapp, P.C. 2800
Patterson Avenue, Ste. 101
Richmond, VA 23221