UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| HENRY L. WILTON, | ) | Case No. 10-36398 |
|  | ) |  |
| Debtor. | ) |  |

**ORDER DENYING CONSENT MOTION TO APPROVE COMPROMISE
AND TO AUTHORIZE SALE OF PROPERTY OF THE ESTATE FREE
AND CLEAR OF ALL LIENS AND INTERESTS**

This matter came before the Court on the Consent Motion to Approve Compromise and to Authorize Sale of Property of the Estate Free and Clear of All Liens and Interests (the "**Motion**") filed by Mountain Investments, LLC and Henry L. Wilton and the Objection to the Motion filed by First Capital Bank. Upon consideration of the Motion, the Objection, the evidence presented *ore tenus*, and argument of counsel at the hearing on July 20, 2011 ("**Hearing**"), and after due deliberation thereon and sufficient cause appearing therefore, and for the reasons set forth on the record at the Hearing,

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED THAT:**

The Motion is DENIED.

Christopher L. Perkins (VSB No. 41783)
Christian K. Vogel (VSB No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
 (804) 783-7550

*Counsel for First Capital Bank*

Dated: Richmond, Virginia
_____, 2011

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

I ask for this:

/s/ Christopher L. Perkins
Christopher L. Perkins (VSB No. 41783)
Christian K. Vogel (VSB No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 783-7550

*Counsel for First Capital Bank*

Seen:

/s/ Robert A. Canfield (pursuant to permission in electronic mail dated August 3, 2011)
Robert A. Canfield
Canfield, Baer, & Heller, LLP
2201 Libbie Avenue, Suite 200
Richmond, Virginia 23230

*Counsel for Debtor*

/s/ Loc Pfeiffer (pursuant to permission in electronic mail dated August 2, 2011)
Loc Pfeiffer
Jeremy S. Williams
Kutak Rock, LLP
1111 East Main Street, Suit 800
Richmond, Virginia 23219

*Counsel for Mountain Investments, LLC*

2

## LOCAL RULE 9022-1 CERTIFICATE

The undersigned certifies that the foregoing order has been seen or endorsed by all necessary parties.

/s/ Christopher L. Perkins
Counsel