IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: HENRY L. WILTON                                              Case No. 10-36398-KRH

       Debtor                                                           Chapter 7


E. CARLTON WILTON,


       Movant,

v.

Keith L. Phillips
Chapter 7 Trustee,

       Respondent


**<u>AMENDED MOTION</u>**

E. Carlton Wilton ("Wilton"), for his Amended Motion for Relief from the Automatic Stay of 11 U.S.C. § 362 (a), alleges and states as follows:

1. On June 17, 2011, Wilton filed a Motion For Relief from the Automatic Stay with this Court (Doc. 156) regarding certain collateral consisting of membership interests in the Wilton Companies, LLC and the Wilton Companies, Inc. which were pledged to secure a promissory note held by Wilton.

      2.      Wilton incorporates his June 17, 2011 Motion For Relief from the Automatic Stay (Doc. 156) herein and amends it as stated herein.

      3.      On July 25, 2011, Debtor filed a motion with this Court to convert this case to a Chapter 7 proceeding and on August 16, 2011, this Court issued its order approving Debtor's motion to convert to a Chapter 7.

      4.      On August 16, 2011, Keith L. Phillips was appointed the Chapter 7 Trustee in this case.

      5.      Wilton amends his June 17, 2011 Motion for Relief from the Automatic Stay (Doc. 156) to add Keith L. Phillips, Chapter 7 Trustee as a party to such motion.

WHEREFORE, Wilton respectfully requests entry of an Order terminating the stay of § 362 (a) of the Bankruptcy Code so that Wilton may enforce his rights against the collateral under the Assignment Agreement and applicable state law, and use any appropriate legal means, including but not limited to the use of discovery under applicable non-bankruptcy law, to obtain documents and information from the Chapter 7 Trustee relating to the obligation. Wilton also requests such further relief as the Court deems appropriate.

                          E. CARLTON WILTON

                          By: ___/s/ Robert C. Smith_____

                          Counsel

Robert C. Smith- (VSB No. 24722)
Robert C. Smith, PLC
208 S. Wilton Road
Richmond, Virginia 23226
804-357-5977
rsmith@chartwellcapital.net

Richard J. Knapp-VSB No. 15834
Richard J. Knapp and Associate
2800 Patterson Avenue
Suite 101
Richmond, Virginia 23221
(804)-377-8848
(804)-377-8851 (fax)

## CERTIFICATION OF SERVICE

I certify that on August 23, 2011, a true copy of the foregoing Amended Motion for Relief from Stay was sent by first-class mail, postage prepaid, or by the Court's ECF system (as shown below), to all necessary parties, as follows:

Chapter 7 Trustee:

Keith L. Phillips
311 South Boulevard
Richmond, VA 23220
(804) 358-9400
keith@pf-law.com

Counsel for Debtor:

Lynn L. Tavenner
Tavenner and Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Va 23219
Email:ltavenner@tb-lawfirm.com

Robert A. Canfield
Canfield, Baer and Heller, L.L.P.

2201 Libbie Ave., Suite 200
Richmond, Va 23230
Email:beanfield@canfieldbaer.com

Twenty Largest Creditors:

Bank of America
P.O. Box 15026
Wilmington, De 19850-5026

First Capital Bank
4222 Cox road, Suite 200
Glen Allen, Va 23060

First Federal Savings Bank
4501 Cox Road
Glen Allen, Va 23060

Gateway Bank
Hampton Roads Bankshares
112 Corporate Drive
Elizabeth City, NC 27909

Hampton Roads Bankshares
12090 W. Broad Street
Henrico, Va 23222

L.A. & Karen Dougherty
100 Hale Hookipa Way
HI, 96758

Regions Bank
P.O. Box 11407
Birmingham, Al 35246

Village Bank
15521 Midlothian Turnpike
Suite 200
Midlothian Va 23113

Wachovia
P.O. Box 15019
Wilmington, De 19886

Wachovia Bank Card Services

P.O. Box 740502
Atlanta, Ga 30374

Wachovia Bank N. A.
PA 1327
123 South Broad St.
Philadelphia, Pa 19109

By:   /s/ Robert C. Smith
          Counsel