UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

HENRY L. WILTON,                                          Case No. 10-36398-KRH
                                                          (Chapter 7)
    Debtor,

WELLS FARGO BANK, NA,                                     Ref. Dkt. #190

    Movant,
vs.

HENRY L. WILTON and
KEITH L. PHILLIPS, Trustee.

    Respondents,

_____

### ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of Wells Fargo Bank, NA to modify the stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 108 Ocean Boulevard, Southern Shores, NC 27949-3530, and it is more particularly described as follows:

ALL THOSE CERTAIN LOTS OR PARCELS OF LAND, TOGETHER WITH THE HOUSES AND IMPROVEMENTS THEREON, LYING AND BEING IN THE SUBDIVISION KNOWN AS SOUTHERN SHORES IN ATLANTIC TOWNSHIP, DARE COUNTY, NORTH CAROLINA, AND KNOWN AND DESIGNATED AS AND BEING LOTS 11 AND 12, SECTION 2, IN BLOCK 17, OF THAT SUBDIVISIONS KNOWN AS "SOUTHERN SHORES", MAP OR PLAT OF WHICH IS DULY RECORDED IN MAP BOOK 1, PAGE 128, IN PUBLIC REGISTRY OF DARE COUNTY, NORTH CAROLINA;

James E. Clarke, Bar #40685
Kristen J. Misleh, Bar #75205
kmisleh@atlanticlawgrp.com
Atlantic Law Group, LLC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

DONE at Richmond, Virginia, this ____ day of _____, 2011.

                                                            _____
                                                            Kevin R. Huennekens
                                                            U.S. Bankruptcy Court Judge

I ASK FOR THIS:

__/s/ _Kristen J. Misleh_____
James E. Clarke, Bar #40685
Kristen J. Misleh, Bar #75205
Attorneys for the Movant
Atlantic Law Group, LLC
PO Box 2548
Leesburg, Virginia 20177
(703) 777-7101

### CERTIFICATION

The undersigned certifies that the foregoing Order Granting Relief from Stay is substantially in compliance with Administrative Order 10-2 and that it has been endorsed by all necessary parties involved in this proceeding.

                                                  __/s/_____
                                                James E. Clarke, Esquire
                                                Kristen J. Misleh, Esquire

The Clerk shall mail a copy of the entered Order to the following:

James E. Clarke, Esquire
Kristen J. Misleh, Esquire
Attorneys for Movant
Atlantic Law Group, LLC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101

Henry L. Wilton
4905 West Clay Street
Richmond, VA 23230
Debtor

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
Attorney for the Debtor

Robert A. Canfield, Esquire
Canfield, Baer, & Heller, LLP
2201 Libbie Ave., Suite 200
Richmond, VA 23230
Attorney for the Debtor

Keith L. Phillips, Trustee
311 South Boulevard
Richmond, VA 23220