**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| IN RE: HENRY L. WILTON, | Case No. 10-36398-KRH |
| Debtor. | Chapter 7 |

MOUNTAIN INVESTMENTS, LLC,

       Movant,

v.

HENRY L. WILTON,

       Defendant.

**ANSWER TO MOTION FOR RELIEF FROM STAY**

Comes now the Debtor, Henry L. Wilton, by counsel, and states as follows for his Answer to Movant's Motion for Relief from Stay:

1. The Debtor admits the allegations contained in paragraph one of the Plaintiff's Motion for Relief from Stay.

2. The Debtor admits the allegations contained in paragraph two of the Plaintiff's Motion for Relief from Stay.

3. The Debtor admits the allegations contained in paragraph three of the Plaintiff's Motion for Relief from Stay.

4. The Debtor admits the allegations contained in paragraph four of the Plaintiff's Motion for Relief from Stay.

5. The Debtor admits the allegations contained in paragraph five of the Plaintiff's Motion for Relief from Stay.

Robert A. Canfield, #16901
Canfield Baer and Heller, LLP
2201 Libbie Avenue, Suite 200
Richmond, VA 23230
☎ 804-673-6600
🖷 804-673-6604
*Counsel for Debtor*

      6. The Debtor denies the allegations contained in paragraph six of the Plaintiff's Motion for Relief from Stay.

      7. The Debtor admits the allegations contained in paragraph seven of the Plaintiff's Motion for Relief from Stay.

      8. Paragraph eight of the Motion contains no factual allegations, but to the extent that it does, they are denied.

      9. The Debtor denies the allegations contained in paragraph nine of the Plaintiff's Motion for Relief from Stay.

      10. The Debtor denies the allegations contained in paragraph ten of the Plaintiff's Motion for Relief from Stay.

      WHEREFORE, Henry L. Wilton respectfully asks that this Motion for Relief be dismissed and that he recovers fees and costs expended herein.

                                                      HENRY L. WILTON

                                        By: /s/ Robert A. Canfield
                                                   Counsel for Debtor

Robert A. Canfield, #16901
Canfield Baer and Heller, LLP
2201 Libbie Avenue, Suite 200
Richmond, VA 23230
☎ 804-673-6600
📠 804-673-6604
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Answer was mailed, first class mail, postage prepaid and/or electronically, on this 13th day of September, 2011 to all necessary parties, as listed below:

Loc Pfeiffer  
Jeremy Williams  
Kutak Rock LLP  
1111 East Main Street, Suite 800  
Richmond, VA 23219-3500

                                                /s/   Robert A. Canfield  
                                                Robert A. Canfield