# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| IN RE: | Case No. 10-36398-KRH |
| HENRY L. WILTON, | Chapter 7 |
| Debtor. | |

## ORDER APPROVING EMPLOYMENT OF HUNTON & WILLIAMS LLP

This matter comes before the Court upon the *Application to Employ Hunton & Williams LLP* (the "Application") filed by Keith L. Phillips, Trustee for the Bankruptcy Estate of Henry L. Wilton, pursuant to 111 U.S.C. § 327 and Rule 2014 of the Federal Rules of Bankruptcy Procedure, and

It appearing that the Trustee requires counsel to represent him in connection with his duty to administer the bankruptcy estate, that the Trustee seeks to employ Hunton & Williams LLP ("H&W") based on its experience and expertise in handling bankruptcy matters, and that good cause exists to grant the relief herein, it is hereby **ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is hereby approved.

2. The employment of H&W as counsel for the estate is hereby approved.

3. H&W shall be compensated in accordance with 11 U.S.C. § 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the approval of the Court.

4. No further service of this Order is required because all necessary parties shall receive service via the Court's ECF system.

DATED: _____

_____
UNITED STATES BANKRUPTCY COURT JUDGE

I ask for this:

_____/s/ Keith L. Phillips_____
PHILLIPS & FLECKENSTEIN
Keith L. Phillips, Trustee
311 South Boulevard, 2nd Floor
Richmond, Virginia  23220
(804) 358-9400

Seen and no objection:

_____/s/ Robert B. Van Arsdale (email 9/21/11)
Robert B. Van Arsdale, Esquire
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219

**CERTIFICATE OF ENDORSEMENT**

Pursuant to the Local Rules of this Court, I hereby certify under penalty of perjury that all necessary parties have endorsed this Order.

_____/s/ Keith L. Phillips_____
Trustee