IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                                         Case No. 10-36398-KRH

HENRY L. WILTON,                          Chapter 7

         Debtor.

## SUPPLEMENT TO VERIFIED STATEMENT OF TYLER P. BROWN OF HUNTON & WILLIAMS LLP

I, Tyler P. Brown, hereby state and represent as follows:

1.     I am an attorney duly licensed to practice law in the Commonwealth of Virginia and in this Court.

2.     I am a partner in the firm of Hunton & Williams LLP ("H&W"), which maintains an office for the practice of law at 951 East Byrd Street, Richmond, Virginia 23219, and I am authorized to make this affidavit on its behalf.

3.     On September 21, 2011, the Chapter 7 Trustee, Keith L. Phillips, filed the Application to Employ Hunton & Williams LLC ("Application to Employ") seeking authority to employ and compensate H&W as his counsel in this case.

4.     On September 26, 2011, an Order was entered granting the Application to Employ.

5.     As part of the Application to Employ, the Trustee attached the Verified Statement of Tyler P. Brown of Hunton & Williams LLP ("Verified Statement"). In preparation of the Verified Statement H&W conducted a thorough analysis of its internal computerized conflicts software to determine whether H&W represents or represented the Debtor, any creditors of the Debtor, or other parties holding interests adverse to the Debtor's estate. The results of that analysis were set forth in

HUNTON & WILLIAMS LLP
Tyler P. Brown (VSB #28072)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

the Verified Statement. Since the date of the filing of the Application to Employ, H&W has conducted a broader analysis of its internal computerized conflict of interest software to search for entities in which the Debtor holds stock or a membership interest. Having conducted said analysis, I hereby supplement the information contained in the Verified Statement and aver that to the best of my information and belief, H&W has no connection with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that within the last year, H&W previously represented the Wilton Companies, Inc., an entity that is not a creditor in this case but in which the Debtor owns shares, in matters unrelated to this bankruptcy case.

6. To the best of my information and belief, H&W does not hold or represent an interest adverse to the Debtor's estate and is a " disinterested person" as that term is defined by § 101(14) of the Bankruptcy Code.

7. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 29th day of September, 2011

          HUNTON & WILLIAMS LLP

          By: _____
           Tyler P. Brown (VSB #28072)
           Hunton & Williams LLP
           Riverfront Plaza, East Tower
           951 East Byrd Street
           Richmond, Virginia 23219-4074
           (804) 788-8200

STATE OF VIRGINIA         )
                          ) To Wit:
CITY OF RICHMOND          )

Subscribed and sworn to before me this 29th day of September, 2011, by Tyler P. Brown.

My commission expires:

_____
Notary Public

